| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF COLUMBIA |
| Case number *(if known)* _____  Chapter  11 |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
4303-13 WHEELER RD SE LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
85-3904873

**4. Debtor's address**

**Principal place of business**  
4313 WHEELER RD SE #103  
Washington, DC 20032  
Number, Street, City, State & ZIP Code

District of Columbia  
County

**Mailing address, if different from principal place of business**  
_____  
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**  
_____  
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **4303-13 WHEELER RD SE LLC**                                    Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    5311

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor  See Attachment                                    Relationship _____
District _____   When _____   Case number, if known _____

Debtor  **4303-13 WHEELER RD SE LLC**  Case number (*if known*) _____
      Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☒ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000<br>☐ 50-99     ☐ 5001-10,000     ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000     ☐ More than100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000     ☒ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☒ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |

Debtor  **4303-13 WHEELER RD SE LLC**
      Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May 29, 2024
                MM / DD / YYYY

**X** /s/ Ali Razjooyan            Ali Razjooyan
Signature of authorized representative of debtor     Printed name

Title  Manager

**18. Signature of attorney**

**X** /s/ Maurice Verstandig        Date  May 29, 2024
Signature of attorney for debtor           MM / DD / YYYY

Maurice Verstandig
Printed name

The Belmont Firm
Firm name

1050 Connecticut NW
Suite 500
Washington, DC 20036
Number, Street, City, State & ZIP Code

Contact phone  _____  Email address  mac@mbvesq.com

_____
Bar number and State

Debtor  4303-13 WHEELER RD SE LLC                                    Case number (*if known*) _____
        Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF COLUMBIA

Case number (*if known*) _____  Chapter  11

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | 1416 Eastern Ave NE LLC | | Relationship to you | | Affiliate |
| District | District of Columbia | When | 5/29/24 | Case number, if known | 24-180-ELG |
| Debtor | 2501 Naylor Rd SE LLC | | Relationship to you | | Affiliate |
| District | District of Columbia | When | 5/29/24 | Case number, if known | 24-=182-ELG |
| Debtor | 945 Longfellow St NW LLC | | Relationship to you | | Affiliate |
| District | District of Columbia | When | 5/29/24 | Case number, if known | 24-181-ELG |

**RESOLUTION OF 1416 EASTERN AVE NE LLC; 945 LONGFELLOW ST NW LLC; 2501 NAYLOR RD SE LLC; 4303-4313 WHEELER RD SE LLC; 4263 6TH ST SE APARTMENTS, LLC; 4935 NHB AVE NE, LLC; 3968 MLK LLC; 4010 9TH STREET SE LLC; 2440 S ST SE, LLC; AND 4400 HUNT PL NE, LLC**

The undersigned, being the duly authorized manager of each of 1416 Eastern Ave NE LLC; 945 Longfellow St NW LLC; 2501 Naylor Rd SE LLC; 4303-4313 Wheeler Rd SE LLC; 4263 6th St SE Apartments, LLC; 4935 NHB Ave NE, LLC; 3968 MLK LLC; 4010 9th Street SE LLC; 2440 S St SE, LLC; and 4400 Hunt Pl NE, LLC (collectively, the "Companies," and each a "Company") does resolve as follows:

WHEREAS, the Companies each own an eponymous real estate asset, together with certain improvements thereupon, in the District of Columbia (the "Real Estate Assets"); and

WHEREAS, each of the Real Estate Assets is scheduled to be sold at foreclosure on the 29th day of May, 2024; and

WHEREAS, the Companies each believe their correlative Real Estate Asset will fetch a higher and better value if sold through alternative means or, in the alternative, may produce income sufficient to pay obligations thereupon if such obligations are strategically reorganized; and

WHEREAS, there exists an abiding belief that the affairs of each Company may be best continued through reorganization, with focus on the best interests of all creditors and equity holders;

IT IS NOW, THEREFORE, RESOLVED as follows:

1. Each of the Companies shall engage The VerStandig Law Firm, as general reorganization counsel, with the express objective of having said counsel advise each Company in connection with the strategic filing of a petition for relief pursuant to Chapter 11 of Title 11 of the United States Code;

2. Ali Razjooyan shall continue in his services as manager of each Company and shall work with counsel to guide each Company through the bankruptcy process;

3. Ali Razjooyan is expressly authorized to sign bankruptcy petitions, schedules, statements and other correlative documents on behalf of each Company, and to serve as the designee of each Company in connection with said Company's bankruptcy proceedings; and

4. Any actions heretofore taken to engage The VerStandig Law Firm, LLC as general reorganization counsel are expressly ratified.

*[Signature on Following Page]*

1

Dated this 28th day of May, 2024

1416 Eastern Ave NE LLC
945 Longfellow St NW LLC
2501 Naylor Rd SE LLC
4303-4313 Wheeler Rd SE LLC
4263 6th St SE Apartments, LLC
4935 NHB Ave NE, LLC
3968 MLK LLC
4010 9th Street SE LLC
2440 S St SE, LLC
4400 Hunt Pl NE, LLC

By: /s/ Ali Razjooyan
Ali Razjooyan
Each Company's Manager

2

**Fill in this information to identify the case:**

Debtor name: 4303-13 WHEELER RD SE LLC

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May 29, 2024        **X** /s/ Ali Razjooyan
                                 Signature of individual signing on behalf of debtor

                                 Ali Razjooyan
                                 Printed name

                                 Manager
                                 Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: 4303-13 WHEELER RD SE LLC
United States Bankruptcy Court for the: DISTRICT OF COLUMBIA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024 | | 4301-4313 Wheeler Rd., SE Washington, DC 20032 | | $97,101.21 | $5,023,150.00 | $97,101.21 |
| Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024 | | 4301-4313 Wheeler Rd., SE Washington, DC 20032 | | $13,284.00 | $5,023,150.00 | $13,284.00 |
| Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024 | | 4301-4313 Wheeler Rd., SE Washington, DC 20032 | | $6,978.00 | $5,023,150.00 | $6,978.00 |
| District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003 | | 4301-4313 Wheeler Rd., SE Washington, DC 20032 | | $35,840.29 | $5,023,150.00 | $35,840.29 |
| TD Bank, N.A.<br>5900 N. Andrews Ave.<br>Suite 200<br>Fort Lauderdale, FL 33309 | | 4301-4313 Wheeler Rd., SE Washington, DC 20032 | | $10,310,839.51 | $5,023,150.00 | $5,287,689.51 |

# United States Bankruptcy Court
## District of Columbia

In re: 4303-13 WHEELER RD SE LLC

Debtor(s)

Case No.

Chapter: 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ali Razjooyan<br>115 Bytham Ridge Lane<br>Potomac, MD 20854 | | | Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: May 29, 2024

Signature: /s/ Ali Razjooyan
Ali Razjooyan

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**LOCAL OFFICIAL FORM 102**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re                                                                     )
4303-13 WHEELER RD SE LLC                                                 )   Case No.
                                                                          )
                                                                          )   Chapter   11
                                    Debtor(s).                            )

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept a flat fee of .................................  $ _____
   Filing Fee .................................................................................................  $ _____
   Prior to the filing of this statement I have received .......................................  $ _____
   Balance Due ............................................................................................  $ _____

**OR**

I have agreed to provide services on the following terms and conditions (i.e., hourly or without compensation on a pro bono basis). If pro bono, questions 2, 3, and 4 may be omitted

For legal services, I have agreed to accept and received a retainer of $5,000.00.
The undersigned shall bill against the retainer at an hourly rate of $495.00

2. The source of the compensation paid to me was:
   ☐ Debtor   ☒ Other (specify):   Geneva Holding Co LLC

3. The source of compensation to be paid to me is:
   ☐ Debtor   ☒ Other (specify):   The primary source of compensation to be paid is the debtor. However, the engagement agreement for ten related entities provides that any portion of a retainer unused by one entity may be applied to the legal fees of one or more of the other nine entities.

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members or associates of my law firm

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. 2016-2(b) if taking the no-look fee
   d. [Other provisions as needed]
        Representation in all matters within this bankruptcy case.
6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation in any matters external to this Honorable Court.

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date:   May 29, 2024

/s/ Maurice Verstandig
Signature of attorney
Maurice Verstandig
Name, Bar Number
The Belmont Firm
Firm
1050 Connecticut NW
Suite 500
Washington, DC 20036
Address

Telephone
mac@mbvesq.com
Email Address

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                                                                 Best Case Bankruptcy

Antuan Bookens  
4309 Wheeler Road, SE Unit 202  
Washington, DC 20032

Avaye Armstrong  
4313 Wheeler Road, SE Unit 101  
Washington, DC 20032

Brittany Hunt  
4301 Wheeler Road, SE Unit 203  
Washington, DC 20032

Charlene Lindsey  
4305 Wheeler Road, SE Unit 103  
Washington, DC 20032

Daeshana Anderson  
4305 Wheeler Road, SE Unit 202  
Washington, DC 20032

Dasiah Gordon  
4301 Wheeler Road, SE Unit 103  
Washington, DC 20032

DC Office of Tax and Revenue  
1101 4th St., SW #270  
Washington, DC 20024

Department of Buildings  
1100 4th Street, SW  
Washington, DC 20024

Diana Gottschalk Miller  
4301 Wheeler Road, SE Unit 104  
Washington, DC 20032

District of Columbia Water and Sewer Aut
1385 Canal Street, SE
Washington, DC 20003


Ebonie Smith
4313 Wheeler Road, SE Unit 301
Washington, DC 20032


Finiya Johnson
4309 Wheeler Road, SE Unit 203
Washington, DC 20032


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jacia Garris
4301 Wheeler Road, SE Unit 202
Washington, DC 20032


Jasmine Sockwell
4305 Wheeler Road, SE Unit 203
Washington, DC 20032


John Oldham
4305 Wheeler Road, SE Unit 102
Washington, DC 20032


Kendria Sidbury
4313 Wheeler Road, SE Unit 204
Washington, DC 20032


Kierra Bell
4301 Wheeler Road, SE Unit 201
Washington, DC 20032

Kysha Rosario
4313 Wheeler Road, SE Unit 102
Washington, DC 20032


Massey Property Investors LLC
12320 Quilt Patch Ln.
Bowie, MD 20720


Michael D. Nord, Esq.
Gebhardt & Smith LLP
One South Street Suite 2200
Baltimore, MD 21202


Nattonnia Ross
4309 Wheeler Road, SE Unit 204
Washington, DC 20032


Paris Reese
4313 Wheeler Road, SE Unit 303
Washington, DC 20032


Pepco
P.O. Box 13608
Philadelphia, PA 19101


Pro Painting & Remodeling Inc.
15105 Jennings Ln.
Bowie, MD 20721


Ranita Jordan
4301 Wheeler Rd., SE Unit 102
Washington, DC 20032


Regina February
4313 Wheeler Road, SE Unit 104
Washington, DC 20032

Richelle Pearson
4313 Wheeler Road, SE Unit 103
Washington, DC 20032


Rodecia Mason
4309 Wheeler Road, SE Unit 104
Washington, DC 20032


Ronesha Jones
4313 Wheeler Road, SE Unit 302
Washington, DC 20032


Shakira Bell
4313 Wheeler Road, SE Unit 201
Washington, DC 20032


Shamona Anderson
4301 Wheeler Rd., SE Unit 101
Washington, DC 20032


Shanique Swan
4301 Wheeler Road, SE Unit 204
Washington, DC 20032


Sherod Harvery
4305 Wheeler Road, SE Unit 302
Washington, DC 20032


Talanda Garrett
4305 Wheeler Road, SE Unit 204
Washington, DC 20032


TD Bank, N.A.
5900 N. Andrews Ave. Suite 200
Fort Lauderdale, FL 33309

```
Tevin Jackson
4313 Wheeler Road, SE Unit 203
Washington, DC 20032


Tiffany Hunt-Davis
4313 Wheeler Road, SE Unit 202
Washington, DC 20032


US Realty LLC
2300 N ST NW STE 300-RLK
Washington, DC 20037


Vernon Jones
4305 Wheeler Road, SE Unit 201
Washington, DC 20032


Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024
```

# United States Bankruptcy Court
### District of Columbia

In re: 4303-13 WHEELER RD SE LLC

Debtor(s)

Case No.

Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  4303-13 WHEELER RD SE LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

May 29, 2024

Date

/s/ Maurice Verstandig

Maurice Verstandig

Signature of Attorney or Litigant

Counsel for   4303-13 WHEELER RD SE LLC

The Belmont Firm
1050 Connecticut NW
Suite 500
Washington, DC 20036
Fax:
mac@mbvesq.com