```
Label Matrix for local noticing          4303-13 WHEELER RD SE LLC              TD Bank, N.A.
0090-1                                   4313 WHEELER RD SE #103                c/o Michael D. Nord
Case 24-00183-ELG                        Washington, DC 20032-6041              Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                                   One South Street
Washington, D.C.                                                                Suite 2200
Mon Jun  3 15:10:17 EDT 2024                                                    Baltimore, MD 21202-3343

Washington, D.C.                         Antuan Bookens                         Avaye Armstrong
E. Barrett Prettyman U. S. Courthouse    4309 Wheeler Road, SE Unit 202         4313 Wheeler Road, SE Unit 101
333 Constitution Ave, NW #1225           Washington, DC 20032-6040              Washington, DC 20032-6041
Washington, DC 20001-2802


Brittany Hunt                            Charlene Lindsey                       DC Office of Tax and Revenue
4301 Wheeler Road, SE Unit 203           4305 Wheeler Road, SE Unit 103         1101 4th St., SW #270
Washington, DC 20032-6037                Washington, DC 20032-6039              Washington, DC 20024-4457


Daeshana Anderson                        Dasiah Gordon                          Department of Buildings
4305 Wheeler Road, SE Unit 202           4301 Wheeler Road, SE Unit 103         1100 4th Street, SW
Washington, DC 20032-6039                Washington, DC 20032-6037              Washington, DC 20024-4451


Diana Gottschalk Miller                  District of Columbia Water and Sewer Aut   Ebonie Smith
4301 Wheeler Road, SE Unit 104           1385 Canal Street, SE                  4313 Wheeler Road, SE Unit 301
Washington, DC 20032-6037                Washington, DC 20003-5015              Washington, DC 20032-6025


Finiya Johnson                           Internal Revenue Service               Jacia Garris
4309 Wheeler Road, SE Unit 203           PO Box 7346                            4301 Wheeler Road, SE Unit 202
Washington, DC 20032-6040                Philadelphia, PA 19101-7346            Washington, DC 20032-6037


Jasmine Sockwell                         John Oldham                            Kendria Sidbury
4305 Wheeler Road, SE Unit 203           4305 Wheeler Road, SE Unit 102         4313 Wheeler Road, SE Unit 204
Washington, DC 20032-6039                Washington, DC 20032-6039              Washington, DC 20032-6025


Kierra Bell                              Kysha Rosario                          Massey Property Investors LLC
4301 Wheeler Road, SE Unit 201           4313 Wheeler Road, SE Unit 102         12320 Quilt Patch Ln.
Washington, DC 20032-6037                Washington, DC 20032-6041              Bowie, MD 20720-4359


Michael D. Nord, Esq.                    Nattonnia Ross                         Paris Reese
Gebhardt & Smith LLP                     4309 Wheeler Road, SE Unit 204         4313 Wheeler Road, SE Unit 303
One South Street Suite 2200              Washington, DC 20032-6040              Washington, DC 20032-6025
Baltimore, MD 21202-3343


Pepco                                    Pro Painting & Remodeling Inc.         Ranita Jordan
P.O. Box 13608                           15105 Jennings Ln.                     4301 Wheeler Rd., SE Unit 102
Philadelphia, PA 19101-3608              Bowie, MD 20721-7208                   Washington, DC 20032-6037
```

Regina February
4313 Wheeler Road, SE Unit 104
Washington, DC 20032-6041

Richedle Pearson
4313 Wheeler Road, SE Unit 103
Washington, DC 20032-6041

Rodecia Mason
4309 Wheeler Road, SE Unit 104
Washington, DC 20032-6040

Ronesha Jones
4313 Wheeler Road, SE Unit 302
Washington, DC 20032-6025

Shakira Bell
4313 Wheeler Road, SE Unit 201
Washington, DC 20032-6041

Shamona Anderson
4301 Wheeler Rd., SE Unit 101
Washington, DC 20032-6037

Shanique Swan
4301 Wheeler Road, SE Unit 204
Washington, DC 20032-6037

Sherod Harvery
4305 Wheeler Road, SE Unit 302
Washington, DC 20032-6039

TD Bank, N.A.
5900 N. Andrews Ave. Suite 200
Fort Lauderdale, FL 33309-2371

Talanda Garrett
4305 Wheeler Road, SE Unit 204
Washington, DC 20032-6039

Tevin Jackson
4313 Wheeler Road, SE Unit 203
Washington, DC 20032-6041

Tiffany Hunt-Davis
4313 Wheeler Road, SE Unit 202
Washington, DC 20032-6041

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

US Realty LLC
2300 N ST NW STE 300-RLK
Washington, DC 20037-1122

Vernon Jones
4305 Wheeler Road, SE Unit 201
Washington, DC 20032-6039

Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024-3496

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976

End of Label Matrix
Mailable recipients    46
Bypassed recipients     0
Total                  46