**22NTCHRG**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 24-00183-ELG |
| **4303-13 WHEELER RD SE LLC** | Chapter 11 |
| Debtor(s). | |

### NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a status hearing will be held:

on 7/10/2024 at 10:00 AM

at Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

    For the Court:
    Angela D. Caesar
    BY: AM
    Dated: 6/4/2024

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.

United States Bankruptcy Court
District of Columbia

In re:                                                                                             Case No. 24-00183-ELG
4303-13 WHEELER RD SE LLC                                                                          Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                          User: admin                                          Page 1 of 3
Date Rcvd: Jun 04, 2024                       Form ID: pdf001                                      Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#           Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos  | +  | 4303-13 WHEELER RD SE LLC, 4313 WHEELER RD SE #103, Washington, DC 20032-6041 |
| smg    | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| cr     | +  | TD Bank, N.A., Gebhardt & Smith LLP, One South Street, Suite 2200, Baltimore, MD 21202-3343 UNITED STATES 21202-3343 |
| 778417 | +  | Antuan Bookens, 4309 Wheeler Road, SE Unit 202, Washington, DC 20032-6040 |
| 778418 | +  | Avaye Armstrong, 4313 Wheeler Road, SE Unit 101, Washington, DC 20032-6041 |
| 778419 | +  | Brittany Hunt, 4301 Wheeler Road, SE Unit 203, Washington, DC 20032-6037 |
| 778420 | +  | Charlene Lindsey, 4305 Wheeler Road, SE Unit 103, Washington, DC 20032-6039 |
| 778421 | +  | Daeshana Anderson, 4305 Wheeler Road, SE Unit 202, Washington, DC 20032-6039 |
| 778422 | +  | Dasiah Gordon, 4301 Wheeler Road, SE Unit 103, Washington, DC 20032-6037 |
| 778424 | +  | Department of Buildings, 1100 4th Street, SW, Washington, DC 20024-4451 |
| 778425 | +  | Diana Gottschalk Miller, 4301 Wheeler Road, SE Unit 104, Washington, DC 20032-6037 |
| 778426 | +  | District of Columbia Water and Sewer Aut, 1385 Canal Street, SE, Washington, DC 20003-5015 |
| 778427 | +  | Ebonie Smith, 4313 Wheeler Road, SE Unit 301, Washington, DC 20032-6025 |
| 778428 | +  | Finiya Johnson, 4309 Wheeler Road, SE Unit 203, Washington, DC 20032-6040 |
| 778430 | +  | Jacia Garris, 4301 Wheeler Road, SE Unit 202, Washington, DC 20032-6037 |
| 778431 | #+ | Jasmine Sockwell, 4305 Wheeler Road, SE Unit 203, Washington, DC 20032-6039 |
| 778432 | +  | John Oldham, 4305 Wheeler Road, SE Unit 102, Washington, DC 20032-6039 |
| 778433 | +  | Kendria Sidbury, 4313 Wheeler Road, SE Unit 204, Washington, DC 20032-6025 |
| 778434 | +  | Kierra Bell, 4301 Wheeler Road, SE Unit 201, Washington, DC 20032-6037 |
| 778435 | +  | Kysha Rosario, 4313 Wheeler Road, SE Unit 102, Washington, DC 20032-6041 |
| 778437 | +  | Michael D. Nord, Esq., Gebhardt & Smith LLP, One South Street Suite 2200, Baltimore, MD 21202-3343 |
| 778439 | +  | Paris Reese, 4313 Wheeler Road, SE Unit 303, Washington, DC 20032-6025 |
| 778441 | +  | Pro Painting & Remodeling Inc., 15105 Jennings Ln., Bowie, MD 20721-7208 |
| 778442 | +  | Ranita Jordan, 4301 Wheeler Rd., SE Unit 102, Washington, DC 20032-6037 |
| 778443 | +  | Regina February, 4313 Wheeler Road, SE Unit 104, Washington, DC 20032-6041 |
| 778444 | +  | Richelle Pearson, 4313 Wheeler Road, SE Unit 103, Washington, DC 20032-6041 |
| 778445 | +  | Rodecia Mason, 4309 Wheeler Road, SE Unit 104, Washington, DC 20032-6040 |
| 778446 | +  | Ronesha Jones, 4313 Wheeler Road, SE Unit 302, Washington, DC 20032-6025 |
| 778448 | +  | Shamona Anderson, 4301 Wheeler Rd., SE Unit 101, Washington, DC 20032-6037 |
| 778449 | +  | Shanique Swan, 4301 Wheeler Road, SE Unit 204, Washington, DC 20032-6037 |
| 778450 | +  | Sherod Harvery, 4305 Wheeler Road, SE Unit 302, Washington, DC 20032-6039 |
| 778452 | +  | TD Bank, N.A., 5900 N. Andrews Ave. Suite 200, Fort Lauderdale, FL 33309-2371 |
| 778451 | +  | Talanda Garrett, 4305 Wheeler Road, SE Unit 204, Washington, DC 20032-6039 |
| 778453 | +  | Tevin Jackson, 4313 Wheeler Road, SE Unit 203, Washington, DC 20032-6041 |
| 778454 | +  | Tiffany Hunt-Davis, 4313 Wheeler Road, SE Unit 202, Washington, DC 20032-6041 |
| 778455 | +  | US Realty LLC, 2300 N ST NW STE 300-RLK, Washington, DC 20037-1122 |
| 778456 | +  | Vernon Jones, 4305 Wheeler Road, SE Unit 201, Washington, DC 20032-6039 |
| 778457 | +  | Washington Gas and Light Company, 1000 Maine Ave SW 7th Floor, Washington, DC 20024-3496 |

| District/off: 0090-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 04, 2024 | Form ID: pdf001 | Total Noticed: 47 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: angela.coleman@dc.gov | Jun 04 2024 21:52:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ MEBN | Jun 04 2024 21:46:30 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ MEBN | Jun 04 2024 21:46:36 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | Email/Text: karen.brown@treasury.gov | Jun 04 2024 21:52:00 | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| smg | Email/Text: atlreorg@sec.gov | Jun 04 2024 21:52:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + Email/Text: USADC.BankruptcyNotices@usdoj.gov | Jun 04 2024 21:52:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| 778423 | + Email/Text: angela.coleman@dc.gov | Jun 04 2024 21:52:00 | DC Office of Tax and Revenue, 1101 4th St., SW #270, Washington, DC 20024-4457 |
| 778429 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 04 2024 21:52:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 778440 | + Email/Text: Bankruptcy_General@pepco.com | Jun 04 2024 21:52:00 | Pepco, P.O. Box 13608, Philadelphia, PA 19101-3608 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 778436 | ##+ | Massey Property Investors LLC, 12320 Quilt Patch Ln., Bowie, MD 20720-4359 |
| 778438 | ##+ | Nattonnia Ross, 4309 Wheeler Road, SE Unit 204, Washington, DC 20032-6040 |
| 778447 | ##+ | Shakira Bell, 4313 Wheeler Road, SE Unit 201, Washington, DC 20032-6041 |

TOTAL: 0 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2024    Signature:    /s/Gustava Winters

District/off: 0090-1 | User: admin | Page 3 of 3
Date Rcvd: Jun 04, 2024 | Form ID: pdf001 | Total Noticed: 47

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession 4303-13 WHEELER RD SE LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael D. Nord | on behalf of Creditor TD Bank N.A. mnord@gebsmith.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 4