```
Label Matrix for local noticing          4303-13 WHEELER RD SE LLC                TD Bank, N.A.
0090-1                                   4313 WHEELER RD SE #103                  c/o Michael D. Nord
Case 24-00183-ELG                        Washington, DC 20032-6041                Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                                     One South Street
Washington, D.C.                                                                  Suite 2200
Thu Jun 27 21:01:51 EDT 2024                                                      Baltimore, MD 21202-3343

Washington, D.C.                         Antuan Bookens                           Avaye Armstrong
E. Barrett Prettyman U. S. Courthouse    4309 Wheeler Road, SE Unit 202           4313 Wheeler Road, SE Unit 101
333 Constitution Ave, NW #1225           Washington, DC 20032-6040                Washington, DC 20032-6041
Washington, DC 20001-2802


Brittany Hunt                            Charlene Lindsey                         DC Office of Tax and Revenue
4301 Wheeler Road, SE Unit 203           4305 Wheeler Road, SE Unit 103           1101 4th St., SW #270
Washington, DC 20032-6037                Washington, DC 20032-6039                Washington, DC 20024-4457


Daeshana Anderson                        Dasiah Gordon                            Department of Buildings
4305 Wheeler Road, SE Unit 202           4301 Wheeler Road, SE Unit 103           1100 4th Street, SW
Washington, DC 20032-6039                Washington, DC 20032-6037                Washington, DC 20024-4451


Diana Gottschalk Miller                  District of Columbia Water and Sewer Aut Ebonie Smith
4301 Wheeler Road, SE Unit 104           1385 Canal Street, SE                    4313 Wheeler Road, SE Unit 301
Washington, DC 20032-6037                Washington, DC 20003-5015                Washington, DC 20032-6025


Finiya Johnson                           Internal Revenue Service                 Jacia Garris
4309 Wheeler Road, SE Unit 203           PO Box 7346                              4301 Wheeler Road, SE Unit 202
Washington, DC 20032-6040                Philadelphia, PA 19101-7346              Washington, DC 20032-6037


Jasmine Sockwell                         John Oldham                              Kendria Sidbury
4305 Wheeler Road, SE Unit 203           4305 Wheeler Road, SE Unit 102           4313 Wheeler Road, SE Unit 204
Washington, DC 20032-6039                Washington, DC 20032-6039                Washington, DC 20032-6025


Kierra Bell                              Kysha Rosario                            Massey Property Investors LLC
4301 Wheeler Road, SE Unit 201           4313 Wheeler Road, SE Unit 102           12320 Quilt Patch Ln.
Washington, DC 20032-6037                Washington, DC 20032-6041                Bowie, MD 20720-4359


Michael D. Nord, Esq.                    Nattonnia Ross                           Paris Reese
Gebhardt & Smith LLP                     4309 Wheeler Road, SE Unit 204           4313 Wheeler Road, SE Unit 303
One South Street Suite 2200              Washington, DC 20032-6040                Washington, DC 20032-6025
Baltimore, MD 21202-3343


Pepco                                    Pro Painting & Remodeling Inc.           Ranita Jordan
P.O. Box 13608                           15105 Jennings Ln.                       4301 Wheeler Rd., SE Unit 102
Philadelphia, PA 19101-3608              Bowie, MD 20721-7208                     Washington, DC 20032-6037
```

| | | |
|---|---|---|
| Regina February<br>4313 Wheeler Road, SE Unit 104<br>Washington, DC 20032-6041 | Richelle Pearson<br>4313 Wheeler Road, SE Unit 103<br>Washington, DC 20032-6041 | Rodecia Mason<br>4309 Wheeler Road, SE Unit 104<br>Washington, DC 20032-6040 |
| Ronesha Jones<br>4313 Wheeler Road, SE Unit 302<br>Washington, DC 20032-6025 | Shakira Bell<br>4313 Wheeler Road, SE Unit 201<br>Washington, DC 20032-6041 | Shamona Anderson<br>4301 Wheeler Rd., SE Unit 101<br>Washington, DC 20032-6037 |
| Shanique Swan<br>4301 Wheeler Road, SE Unit 204<br>Washington, DC 20032-6037 | Sherod Harvery<br>4305 Wheeler Road, SE Unit 302<br>Washington, DC 20032-6039 | TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 |
| Talanda Garrett<br>4305 Wheeler Road, SE Unit 204<br>Washington, DC 20032-6039 | Tevin Jackson<br>4313 Wheeler Road, SE Unit 203<br>Washington, DC 20032-6041 | Tiffany Hunt-Davis<br>4313 Wheeler Road, SE Unit 202<br>Washington, DC 20032-6041 |
| U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 | Vernon Jones<br>4305 Wheeler Road, SE Unit 201<br>Washington, DC 20032-6039 |
| Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    45
Bypassed recipients     1
Total                  46