Label Matrix for local noticing
0090-1
Case 24-00183-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Thu Jun 27 21:01:51 EDT 2024

4303-13 WHEELER RD SE LLC
4313 WHEELER RD SE #103
Washington, DC 20032-6041

TD Bank, N.A.
c/o Michael D. Nord
Gebhardt & Smith LLP
One South Street
Suite 2200
Baltimore, MD 21202-3343

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

Antuan Bookens
4309 Wheeler Road, SE Unit 202
Washington, DC 20032-6040

Avaye Armstrong
4313 Wheeler Road, SE Unit 101
Washington, DC 20032-6041

Brittany Hunt
4301 Wheeler Road, SE Unit 203
Washington, DC 20032-6037

Charlene Lindsey
4305 Wheeler Road, SE Unit 103
Washington, DC 20032-6039

DC Office of Tax and Revenue
1101 4th St., SW #270
Washington, DC 20024-4457

Daeshana Anderson
4305 Wheeler Road, SE Unit 202
Washington, DC 20032-6039

Dasiah Gordon
4301 Wheeler Road, SE Unit 103
Washington, DC 20032-6037

Department of Buildings
1100 4th Street, SW
Washington, DC 20024-4451

Diana Gottschalk Miller
4301 Wheeler Road, SE Unit 104
Washington, DC 20032-6037

District of Columbia Water and Sewer Aut
1385 Canal Street, SE
Washington, DC 20003-5015

Ebonie Smith
4313 Wheeler Road, SE Unit 301
Washington, DC 20032-6025

Finiya Johnson
4309 Wheeler Road, SE Unit 203
Washington, DC 20032-6040

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jacia Garris
4301 Wheeler Road, SE Unit 202
Washington, DC 20032-6037

Jasmine Sockwell
4305 Wheeler Road, SE Unit 203
Washington, DC 20032-6039

John Oldham
4305 Wheeler Road, SE Unit 102
Washington, DC 20032-6039

Kendria Sidbury
4313 Wheeler Road, SE Unit 204
Washington, DC 20032-6025

Kierra Bell
4301 Wheeler Road, SE Unit 201
Washington, DC 20032-6037

Kysha Rosario
4313 Wheeler Road, SE Unit 102
Washington, DC 20032-6041

Massey Property Investors LLC
12320 Quilt Patch Ln.
Bowie, MD 20720-4359

Michael D. Nord, Esq.
Gebhardt & Smith LLP
One South Street Suite 2200
Baltimore, MD 21202-3343

Nattonnia Ross
4309 Wheeler Road, SE Unit 204
Washington, DC 20032-6040

Paris Reese
4313 Wheeler Road, SE Unit 303
Washington, DC 20032-6025

Pepco
P.O. Box 13608
Philadelphia, PA 19101-3608

Pro Painting & Remodeling Inc.
15105 Jennings Ln.
Bowie, MD 20721-7208

Ranita Jordan
4301 Wheeler Rd., SE Unit 102
Washington, DC 20032-6037

Regina February
4313 Wheeler Road, SE Unit 104
Washington, DC 20032-6041

Richelle Pearson
4313 Wheeler Road, SE Unit 103
Washington, DC 20032-6041

Rodecia Mason
4309 Wheeler Road, SE Unit 104
Washington, DC 20032-6040

Ronesha Jones
4313 Wheeler Road, SE Unit 302
Washington, DC 20032-6025

Shakira Bell
4313 Wheeler Road, SE Unit 201
Washington, DC 20032-6041

Shamona Anderson
4301 Wheeler Rd., SE Unit 101
Washington, DC 20032-6037

Shanique Swan
4301 Wheeler Road, SE Unit 204
Washington, DC 20032-6037

Sherod Harvery
4305 Wheeler Road, SE Unit 302
Washington, DC 20032-6039

TD Bank, N.A.
5900 N. Andrews Ave. Suite 200
Fort Lauderdale, FL 33309-2371

Talanda Garrett
4305 Wheeler Road, SE Unit 204
Washington, DC 20032-6039

Tevin Jackson
4313 Wheeler Road, SE Unit 203
Washington, DC 20032-6041

Tiffany Hunt-Davis
4313 Wheeler Road, SE Unit 202
Washington, DC 20032-6041

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

US Realty LLC
2300 N ST NW STE 300-RLK
Washington, DC 20037-1122

Vernon Jones
4305 Wheeler Road, SE Unit 201
Washington, DC 20032-6039

Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024-3496

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    45
Bypassed recipients     1
Total                  46