IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>**4303-13 WHEELER RD SE LLC,**<br><br>Debtor. | Case No. 24-00183-ELG<br><br>Chapter 11 |

### NOTICE OF CONTINUED MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the meeting of creditors scheduled to be held on Monday, July 8, 2024 at 10:00 a.m., **has been continued to Tuesday, July 30, 2024 at 10:00 a.m.,** and will be conducted telephonically.  **To participate in the meeting by telephone interested parties should call (877) 465−7076 and enter the Passcode: 7191296#.**

Dated:  July 9, 2024

Gerard R. Vetter,
Acting United States Trustee, Region Four

By: */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

## Certificate of Service

      I hereby certify that on July 9, 2024, I electronically filed the foregoing Notice with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Nancy L. Alper nancy.alper@dc.gov

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

William C. Johnson, Jr. William@JohnsonLG.Law, wcjjatty@yahoo.com; johnsonwr90391@notify.bestcase.com

Michael D. Nord mnord@gebsmith.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

                                                  */s/ Robert W. Ours*
                                                  Robert W. Ours
                                                  Paralegal Specialist