**TD Bank**
America's Most Convenient Bank® 

E   STATEMENT OF ACCOUNT

4303 4313 WHEELER RD SE LLC
4303 WHEELER RD SE
NUM 4313
WASHINGTON DC  20032

Page: 1 of 3
Statement Period: Jun 01 2024-Jun 30 2024
Cust Ref #:
Primary Account #:

## TD Business Convenience Plus

4303 4313 WHEELER RD SE LLC                                                                Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 18.14 | Average Collected Balance | 142.94 |
| Electronic Deposits | 21,689.00 | Interest Earned This Period | 0.00 |
|  |  | Interest Paid Year-to-Date | 0.00 |
| Other Withdrawals | 21,630.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 77.14 | Days in Period | 30 |

|  | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $245.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/03 | CCD DEPOSIT, WELLS FARGO BANK DHS 853904873 | 1,105.00 |
| 06/05 | CCD DEPOSIT, GREATER WASHINGT RENTAL PAY V0010109 | 20,584.00 |
|  | Subtotal: | 21,689.00 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/05 | WIRE TRANSFER OUTGOING, PRO PAINTING AND REMODELING INC | 21,600.00 |
| 06/05 | WIRE TRANSFER FEE | 30.00 |
|  | Subtotal: | 21,630.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/31 | 18.14 | 06/05 | 77.14 |
| 06/03 | 1,123.14 |  |  |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page: 2 of 3

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance   77.14

❷ Total Deposits   +

❸ Sub Total

❹ Total Withdrawals   -

❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Deposits |  | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Withdrawals |  | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

**TD Bank**
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

4303 4313 WHEELER RD SE LLC

Page: 3 of 3
Statement Period: Jun 01 2024-Jun 30 2024
Cust Ref #:
Primary Account #:

## Important Notice About Your Account

We're committed to keeping you informed when it comes to your banking. Effective immediately, we're updating our Business Deposit Account Agreement (BDAA) for our business, commercial and government banking accounts. Here's a summary of the changes:

- **Eliminating the Non-Sufficient Funds (NSF) Fee.** We will no longer be charging you a Non-Sufficient Funds Fee for returned checks or other unpaid items when your available account balance is not sufficient to pay the item. If an item returned unpaid is re-presented to us for payment, we may, in our sole discretion, pay the re-presented item (creating an overdraft).
- **Withdrawal Policy.** We may require advance notice or place reasonable restrictions on when and how you make any large cash withdrawal or cash checks.
- **Visa Debit Cards and Preventing Misuse.** We can issue up to five Visa Debit Cards per account. Please contact us immediately when a signer or cardholder no longer has authority to use your account so we can remove their access to your account.
- **Disputes, Account Restrictions, Legal Process.** If we are notified of a dispute or suspect improper account activity, we can restrict your account until it is resolved to our satisfaction. We may accept legal process electronically.
- **TD Early Pay.** ACH credits coded as direct deposits may be credited to your account and funds made available up to two business days early, subject to these terms.
- **Zelle®.** Small Business customers may send or receive funds using Zelle subject to eligibility criteria and limitations, and the Zelle service terms.
- **Miscellaneous.** You are responsible for ensuring that any person who conducts transactions on your account is aware of and complies with the BDAA. We have added terms and conditions for receiving certain bonuses and promotions.

All updates and the full details mentioned above are included in the updated BDAA that can be viewed anytime at tdbank.com/exc/pdf/business-deposit-agreement.pdf. If you have any questions, call us at **1-800-493-7562** or visit a TD Bank near you.