The order below is hereby signed.

Signed: July 18 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** <br><br> **1416 EASTERN AVE NE LLC** <br> **945 LONGFELLOW ST NW LLC** <br> **2501 NAYLOR RD SE LLC** <br> **4303-13 WHEELER RD SE LLC** <br> **4263 6TH ST SE APARTMENTS LLC** <br> **4935 NHB AVE NE LLC** <br> **3968 MLK LLC** <br> **4010 9TH ST SE LLC** <br> **2440 S ST SE LLC** <br> **4400 HUNT PL NE LLC** <br><br> **Debtor.** | **Case No. 24-180-ELG** <br> **Case No. 24-181-ELG** <br> **Case No. 24-182-ELG** <br> **Case No. 24-183-ELG** <br> **Case No. 24-184-ELG** <br> **Case No. 24-185-ELG** <br> **Case No. 24-186-ELG** <br> **Case No. 24-187-ELG** <br> **Case No. 24-188-ELG** <br> **Case No. 24-189-ELG** <br><br> **Chapter 11** <br><br> **(NOT JOINTLY ADMINISTERED)** |

### ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE

Upon consideration of the motion filed by the Acting United States Trustee for Region 4 ("U.S. Trustee") to Direct the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a) or, in the Alternative, to Convert Chapter 11 Cases ("Motion"), and for the reasons set forth on the record at the July 18, 2024 hearing on this matter, it is, by the United States Bankruptcy Court for the District of Columbia hereby

**ORDERED** that the Motion is **GRANTED**, as set forth herein, and it is further

**ORDERED**, that the United States Trustee is directed to appoint a Chapter 11 Trustee in this case.

I ask for this:

Gerard R. Vetter
Acting United States Trustee, Region Four

By: */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov


Copies to:

Nancy L. Alper nancy.alper@dc.gov

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Michael D. Nord mnord@gebsmith.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

All parties on the creditor mailing matrix.

**END OF ORDER**