UNITED STATES BANKRUPTCY COURT
**DISTRICT OF COLUMBIA**

In re:                                                                                                  Case No. 24-00183-ELG

**4303-13 WHEELER RD SE LLC**                                      Chapter 11
    Debtor

**ORDER TO SHOW CAUSE**

The Debtor had until **08/02/2024** to cure the deficiencies set forth in the **Notice to Party Filing Deficient Pleading(s) Document(s) (Docket No. 50).** The Debtor(s) have/having not cured the deficiencies, it is therefore ORDERED that:

The Debtor(s) shall appear at a hearing before this court on **08/14/2024 at 9:30AM via video conference (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)** to show cause why the Debtor(s) bankruptcy case should not be dismissed and/or why the pleading should not be stricken from the record for failure to timely cure the deficiencies.

For the Court:
Angela D. Caesar
BY: MB
Dated: 08/05/2024

Copies to: Recipients of electronic notifications; Creditor; appointed trustee.