The order below is hereby signed.

Signed: August 14 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** | ) | |
|     **1416 EASTERN AVE NE LLC** | ) | **Case No. 24-180-ELG** |
|     **945 LONGFELLOW ST NW LLC** | ) | **Case No. 24-181-ELG** |
|     **2501 NAYLOR RD SE LLC** | ) | **Case No. 24-182-ELG** |
|     **4303-13 WHEELER RD SE LLC** | ) | **Case No. 24-183-ELG** |
|     **4263 6TH ST SE APARTMENTS LLC** | ) | **Case No. 24-184-ELG** |
|     **4935 NHB AVE NE LLC** | ) | **Case No. 24-185-ELG** |
|     **3968 MLK LLC** | ) | **Case No. 24-186-ELG** |
|     **4010 9TH ST SE LLC** | ) | **Case No. 24-187-ELG** |
|     **2440 S ST SE LLC** | ) | **Case No. 24-188-ELG** |
|     **4400 HUNT PL NE LLC** | ) | **Case No. 24-189-ELG** |
| | ) | |
|             **Debtor.** | ) | **Chapter 11** |
| | ) | |
| | ) | **(NOT JOINTLY** |
| | ) | **ADMINISTERED)** |
| _____ | ) | |

## ORDER AUTHORIZING DEBTOR TO
## EMPLOY COUNSEL

On the Application of the debtor 4303-13 WHEELER RD SE LLC for authority to employ counsel, it appearing to the Court that the employment of William C. Johnson, Jr., Esq. as counsel to the debtor 4303-13 WHEELER RD SE LLC on the terms proposed in the Application is appropriate and reasonable, and it appearing that Mr. Johnson is a "disinterested person" and is qualified to serve in that capacity, and the Court noting that Mr. Johnson's retention will not burden the estate, it is hereby ORDERED that said

1

Application BE and hereby IS GRANTED and that the employment of Mr. Johnson on the terms set forth in the Application is hereby AUTHORIZED AND APPROVED. IT IS FURTHER ORDERED; the effective date of the Application is June 27, 2024. All Compensation shall be subject to further Order of the Court on proper application.

| I ASK FOR THIS: | SEEN: |
|---|---|
| **/s/ William C. Johnson, Jr.** | **/s/ Kristen S. Eustis** |
| The Johnson Law Group, LLC | Office of the U.S. Trustee |
| William C. Johnson, Jr., Esq. | Kristen S. Eustis, Esq. |
| 6305 Ivy Lane | 1725 Duke Street |
| Suite 630 | Suite 650 |
| Greenbelt, Maryland 20770 | Alexandria, VA 22314 |
| Counsel for Debtor | Counsel for United States Trustee |

Copies to:

The Johnson Law Group, LLC
William C. Johnson, Jr., Esq.
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770

Office of the U.S. Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314

All creditors on Mailing Matrix

**End of Order**

United States Bankruptcy Court

District of Columbia

In re:     Case No. 24-00183-ELG

4303-13 WHEELER RD SE LLC     Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 3
Date Rcvd: Aug 14, 2024     Form ID: pdf001     Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | 4303-13 WHEELER RD SE LLC, 4313 WHEELER RD SE #103, Washington, DC 20032-6041 |
| 778417 | + | Antuan Bookens, 4309 Wheeler Road, SE Unit 202, Washington, DC 20032-6040 |
| 778418 | + | Avaye Armstrong, 4313 Wheeler Road, SE Unit 101, Washington, DC 20032-6041 |
| 778419 | + | Brittany Hunt, 4301 Wheeler Road, SE Unit 203, Washington, DC 20032-6037 |
| 778420 | + | Charlene Lindsey, 4305 Wheeler Road, SE Unit 103, Washington, DC 20032-6039 |
| 778421 | + | Daeshana Anderson, 4305 Wheeler Road, SE Unit 202, Washington, DC 20032-6039 |
| 778422 | + | Dasiah Gordon, 4301 Wheeler Road, SE Unit 103, Washington, DC 20032-6037 |
| 778424 | + | Department of Buildings, 1100 4th Street, SW, Washington, DC 20024-4451 |
| 778425 | + | Diana Gottschalk Miller, 4301 Wheeler Road, SE Unit 104, Washington, DC 20032-6037 |
| 778426 | + | District of Columbia Water and Sewer Aut, 1385 Canal Street, SE, Washington, DC 20003-5015 |
| 778427 | #+ | Ebonie Smith, 4313 Wheeler Road, SE Unit 301, Washington, DC 20032-6025 |
| 778428 | + | Finiya Johnson, 4309 Wheeler Road, SE Unit 203, Washington, DC 20032-6040 |
| 778430 | + | Jacia Garris, 4301 Wheeler Road, SE Unit 202, Washington, DC 20032-6037 |
| 778431 | #+ | Jasmine Sockwell, 4305 Wheeler Road, SE Unit 203, Washington, DC 20032-6039 |
| 778432 | + | John Oldham, 4305 Wheeler Road, SE Unit 102, Washington, DC 20032-6039 |
| 778433 | + | Kendria Sidbury, 4313 Wheeler Road, SE Unit 204, Washington, DC 20032-6025 |
| 778434 | + | Kierra Bell, 4301 Wheeler Road, SE Unit 201, Washington, DC 20032-6037 |
| 778435 | + | Kysha Rosario, 4313 Wheeler Road, SE Unit 102, Washington, DC 20032-6041 |
| 778437 | + | Michael D. Nord, Esq., Gebhardt & Smith LLP, One South Street Suite 2200, Baltimore, MD 21202-3343 |
| 778439 | + | Paris Reese, 4313 Wheeler Road, SE Unit 303, Washington, DC 20032-6025 |
| 779682 | + | Pepco: Credit Department, 701 9th Street NW, Washington, Dc 20001-4572 |
| 778441 | + | Pro Painting & Remodeling Inc., 15105 Jennings Ln., Bowie, MD 20721-7208 |
| 778442 | + | Ranita Jordan, 4301 Wheeler Rd., SE Unit 102, Washington, DC 20032-6037 |
| 778443 | + | Regina February, 4313 Wheeler Road, SE Unit 104, Washington, DC 20032-6041 |
| 778444 | + | Richelle Pearson, 4313 Wheeler Road, SE Unit 103, Washington, DC 20032-6041 |
| 778445 | + | Rodecia Mason, 4309 Wheeler Road, SE Unit 104, Washington, DC 20032-6040 |
| 778446 | + | Ronesha Jones, 4313 Wheeler Road, SE Unit 302, Washington, DC 20032-6025 |
| 778448 | + | Shamona Anderson, 4301 Wheeler Rd., SE Unit 101, Washington, DC 20032-6037 |
| 778449 | + | Shanique Swan, 4301 Wheeler Road, SE Unit 204, Washington, DC 20032-6037 |
| 778450 | + | Sherod Harvery, 4305 Wheeler Road, SE Unit 302, Washington, DC 20032-6039 |
| 778452 | + | TD Bank, N.A., 5900 N. Andrews Ave. Suite 200, Fort Lauderdale, FL 33309-2371 |
| 778451 | + | Talanda Garrett, 4305 Wheeler Road, SE Unit 204, Washington, DC 20032-6039 |
| 778453 | + | Tevin Jackson, 4313 Wheeler Road, SE Unit 203, Washington, DC 20032-6041 |
| 778454 | + | Tiffany Hunt-Davis, 4313 Wheeler Road, SE Unit 202, Washington, DC 20032-6041 |
| 778455 | + | US Realty LLC, 2300 N ST NW STE 300-RLK, Washington, DC 20037-1122 |
| 778456 | + | Vernon Jones, 4305 Wheeler Road, SE Unit 201, Washington, DC 20032-6039 |
| 778457 | + | Washington Gas and Light Company, 1000 Maine Ave SW 7th Floor, Washington, DC 20024-3496 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| District/off: 0090-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 14, 2024 | Form ID: pdf001 | Total Noticed: 40 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 778423 | + Email/Text: angela.coleman@dc.gov | Aug 14 2024 21:09:00 | DC Office of Tax and Revenue, 1101 4th St., SW #270, Washington, DC 20024-4457 |
| 778429 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 14 2024 21:09:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 778440 | + Email/Text: Bankruptcy_General@pepco.com | Aug 14 2024 21:09:00 | Pepco, P.O. Box 13608, Philadelphia, PA 19101-3608 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 778436 | ##+ | Massey Property Investors LLC, 12320 Quilt Patch Ln., Bowie, MD 20720-4359 |
| 778438 | ##+ | Nattonnia Ross, 4309 Wheeler Road, SE Unit 204, Washington, DC 20032-6040 |
| 778447 | ##+ | Shakira Bell, 4313 Wheeler Road, SE Unit 201, Washington, DC 20032-6041 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 16, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elizabeth Drayden Peters | on behalf of Creditor TD Bank N.A. epeters@gebsmith.com |
| Emil Hirsch | on behalf of Creditor DC Water and Sewer Authority ehirsch@carltonfields.com ewhittington@carltonfields.com;wdcecf@cfdom.net;tcarroll@carltonfields.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Laura C. Beckerman | on behalf of Creditor Office of the Attorney General for the District of Columbia laura.beckerman@dc.gov |
| Marc E. Albert | on behalf of Trustee Marc E. Albert marc.albert@stinson.com porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com |
| Maurice Belmont VerStandig | on behalf of Attorney Maurice VerStandig mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael D. Nord | on behalf of Creditor TD Bank N.A. mnord@gebsmith.com |
| Nancy L. Alper | |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 14, 2024 | Form ID: pdf001 | Total Noticed: 40 |

        on behalf of Creditor Office of the Attorney General for the District of Columbia nancy.alper@dc.gov

Ruiqiao Wen
        on behalf of Trustee Marc E. Albert ruiqiao.wen@stinson.com

Stephon Woods
        on behalf of Creditor Office of the Attorney General for the District of Columbia stephon.woods@dc.gov

U. S. Trustee for Region Four
        USTPRegion04.DC.ECF@USDOJ.GOV

William C. Johnson, Jr.
        on behalf of Debtor In Possession 1416 EASTERN AVE NE LLC William@JohnsonLG.Law
        wcjjatty@yahoo.com;johnsonwr90391@notify.bestcase.com

William C. Johnson, Jr.
        on behalf of Debtor In Possession 4303-13 WHEELER RD SE LLC William@JohnsonLG.Law
        wcjjatty@yahoo.com;johnsonwr90391@notify.bestcase.com

TOTAL: 13