US Trustee Form 11 - Monthly Operating Report
4301-4313 Wheeler Rd SE LLC
Case No. 24-00183
Lead Case No. 24-00180

Period ending 9/30/2024

Explanations:

Part 1 – The Trustee obtained liability insurance for the property and made the monthly insurance premium of $463.69 for September 2024.  The payment was made from retainer funds for the jointly-administered cases.  This disbursement is reflected in Part 1.c and Part 1.f.  The Trustee is holding the retainer funds in a trustee account at Axos bank.  A Form 2 report showing the receipt of the retainer and the payment of the monthly insurance premium is attached to the report filed in the main case (Case No. 24-00180).

Part 2.a. The delinquency report enclosed in the attached financial statements does not reflect direct deposits received of $10,914 in Section 8 Housing Assistance Payments. We are awaiting the backup needed in order to apply the funds received to the correct residents. The difference between the net rent and the unapplied payments has been entered on line 2.a. which represents a more accurate reflection of the delinquency.

Part 2.b. Due to lack of prior financial records, the aged receivables are being tracked/calculated as of 9/1/2024.

Additionally, the Trustee has reached out to Citizens Bank in regards to the DIP Account established for the Debtor. According to Citizens Bank, the account is in good standing with a balance of $7.00. A statement of account has not yet been received and therefore is not reflected in the August & September 2024 Monthly Operating Reports.

Information on the above items will be reflected in a future reporting periods as information is obtained.

# 4301-4313 Wheeler RD SE LLC
## MONTHLY OPERATIONAL SUMMARY REPORT

### SEPTEMBER 2024

**Prepared for:**

Mark Albert
Chapter 11 Trustee
1416 Eastern Avenue NE LLC
Washington, DC

**Prepared by:**
Noble Realty Advisors
11000 Broken Land Parkway
Suite 410
Columbia, Maryland 21044

OFFICE - (240) 426-6548 FAX - (240) 427-4699







# Mark Albert Chapter 11 Trustee
## 4301-4313 Wheeler RD SE LLC
### September 2024 Monthly Operational Summary

---

Below is a summary of the property management activity during the month of September 2024.

**Income:** During the month $10,914.00 was collected by management and deposited into the operating bank account.

**Delinquent – Rent Income Fee: - $44,231.00.**
See attached aged Delinquency Report for the month of September 2024.

**Vacancies – 22 Units**

**Expenses:**
Expenses that were incurred or booked during the month totaled $00.00 (See attached general ledger for detail by expense category and line item).

**Account Payable:**

As of September 30, 2024, the outstanding payables totaled $4,900.00. The age of the outstanding payables is as follows (see attached summary for vendor listing).

**Disbursement:**

Total disbursement from the operating account totaled $00.00 (see attached check summary).

**Banking:**

1. Operating Account (TD Bank) – As of September 30, 2024, the account statement balance was $37,979.62. The available and reconciled cash balance as of September 30, 2024, was $37,979.62.

### 4301-4313 Wheeler RD SE LLC
### Deposit Register
**Deposit Date = 09/01/2024 - 09/30/2024**

| Name | Property | Unit | Tenant | Period | Deposit Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **(4303wh) - 3  09/05/2024** | | | | | | | |
| APPFOLIO VV9T 8666481536 | wheeler | | | 09-2024 | 9/5/2024 | 50.00 | ACH 0905241 |
| **Total (4303wh) - 3  09/05/2024** | | | | | | **50.00** | |
| **(4303wh) - 4  09/10/2024** | | | | | | | |
| GWUL Payments | wheeler | | | 09-2024 | 9/10/2024 | 9,759.00 | ACH 091024 |
| **Total (4303wh) - 4  09/10/2024** | | | | | | **9,759.00** | |
| **(4303wh) - 5  09/05/2024** | | | | | | | |
| Wells Fargo Bank DHS | wheeler | | | 09-2024 | 9/5/2024 | 1,105.00 | Bank Dep |
| **Total (4303wh) - 5  09/05/2024** | | | | | | **1,105.00** | |
| **Grand Total** | | | | | | **10,914.00** | |

**4301-4313 Wheeler RD SE LLC**
**Income and Expense Statement**
**Books = Cash**
**For the period ending September 30, 2024**

| | Account Description | MTD Actual | YTD Actual |
|---|---|---:|---:|
| | **Rental Income** | | |
| 5121 | Housing Assist Payments | 10,914.00 | 10,914.00 |
| | **Total Rental Income** | 10,914.00 | 10,914.00 |
| | **Miscellaneous Income** | | |
| | Total Miscellaneous Income | - | - |
| | **TOTAL INCOME** | $ 10,914.00 | $ 10,914.00 |
| | **EXPENSES** | | |
| | **Administrative Expenses** | | |
| | Total Administrative Expenses | - | - |
| | **Utilities** | | |
| | Total Utilities | - | - |
| | **Operating & Maintenance Expense** | | |
| | Total Operating & Maintenance Expense | - | - |
| | **Insurance & Taxes** | | |
| | Total Insurance & Taxes | - | - |
| | **TOTAL OPERATING EXPENSE** | $ - | $ - |
| | **NET OPERATING INCOME/(LOSS)** | $ 10,914.00 | $ 10,914.00 |
| | **Financial Expenses** | | |
| | Total Financial Expenses | - | - |
| | **NET INCOME (LOSS)** | $ 10,914.00 | $ 10,914.00 |
| | **Replacement Reserve Item Expense** | | |
| | Total Replacement Reserve Item Expense | - | - |
| | **Other Cash Flow Items** | | |
| | Total Other Cash Flow Items | - | - |
| | **TOTAL CASH FLOW** | $ 10,914.00 | $ 10,914.00 |

**4301-4313 Wheeler RD SE LLC**
**General Ledger (Cash)**
**Month = Sep 2024**

| Property | Date | Period | Description | Control | Reference | Debit | Credit | Balance | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Net Change=0.00** | | | 0.00 | 0.00 | 0.00 = Ending Balance = | |
| | | | **Grand Total** | | | 0.00 | 0.00 | | |

**4301-4313 Wheeler RD SE LLC**
**Trial Balance (Cash)**
**Month = Sep 2024**

| Account Number | Account Title | Forward Balance | Debit | Credit | Ending Balance |
|---|---|---:|---:|---:|---:|
| 1010 | Operating Cash | 27,065.62 | 10,914.00 | 0.00 | 37,979.62 |
| 2090 | Other Current Liabilities | (27,065.62) | 0.00 | 0.00 | (27,065.62) |
| 3800 | Retained Earnings | 0.00 | 0.00 | 0.00 | 0.00 |
| 5121 | Housing Assist Payments | 0.00 | 0.00 | 10,914.00 | (10,914.00) |
| | **Grand Total** | **0.00** | **10,914.00** | **10,914.00** | **0.00** |

**4301-4313 Wheeler RD SE LLC**
**Balance Sheet**
**Books = Cash**
**For the Period Sep 2024**

| Account | Sep 2024 |
|---|---|
| **ASSETS** | |
| **CURRENT CASH** | |
| Operating Cash | 37,979.62 |
| **TOTAL CASH** | $ 37,979.62 |
| **CURRENT ASSETS** | |
| **TOTAL CURRENT ASSETS** | $ - |
| **FIXED ASSETS** | |
| **Total Fixed Assets** | $ - |
| **TOTAL ASSETS** | $ 37,979.62 |
| **LIABILITIES & EQUITY** | |
| **CURRENT LIABILITIES** | |
| Other Current Liabilities | 27,065.62 |
| **TOTAL CURRENT LIABILITIES** | $ 27,065.62 |
| **LONG TERM LIABILITIES** | |
| TOTAL LIABILITIES | $ - |
| **OWNER'S EQUITY** | |
| Retained Earnings | 10,914.00 |
| **TOTAL OWNER'S EQUITY** | $ 10,914.00 |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | $ 37,979.62 |

Case 24-00183-ELG   Doc 69-1   Filed 10/22/24   Entered 10/22/24 17:00:38   Desc
Attachment   Page 9 of 17                                                    Page 6

# 4301-4313 Wheeler RD SE LLC
## Residential Rent Roll
### As of Date 09/30/2024

| Unit | Unit type | Unit Sq Ft | Resident | Name | Market Rent | Amount | Resident Deposit | Other Deposit | Move In | Lease Exp | Move-Out | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current/Notice Residents** | | | | | | | | | | | | |
| 4301-101 | 2 | 0 | t0008250 | Shamona Anderson | 1,943.00 | 1,943.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,943.00 |
| 4301-102 | 2 | 0 | t0008251 | Ranita Jordan | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,410.00 |
| 4301-103 | 2 | 0 | t0008252 | Dasiah Gordon | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,410.00 |
| 4301-104 | 2 | 0 | t0008253 | Diana Gottschalk Miller | 1,943.00 | 1,943.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,943.00 |
| 4301-201 | 2 | 0 | t0008254 | Kierra Bell | 1,943.00 | 1,943.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,943.00 |
| 4301-202 | 2 | 0 | t0008255 | Jacia Garris | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,410.00 |
| 4301-203 | 2 | 0 | t0008256 | Brittany Hunt | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,410.00 |
| 4301-204 | 2 | 0 | t0008257 | Shanique Swan | 1,943.00 | 1,943.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,943.00 |
| 4305-101 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4305-102 | 2 | 0 | t0008258 | John Oldham | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,410.00 |
| 4305-103 | 2 | 0 | t0008259 | Charlene Lindsey | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,410.00 |
| 4305-104 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4305-201 | 2 | 0 | t0008260 | Vernon Jones | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,953.00 |
| 4305-202 | 2 | 0 | t0008261 | Daeshana Anderson | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,410.00 |
| 4305-203 | 2 | 0 | t0008262 | Jasmine Sockwell | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,410.00 |
| 4305-204 | 2 | 0 | t0008263 | Talanda Garrett | 1,943.00 | 1,943.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,943.00 |
| 4305-301 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4305-302 | 2 | 0 | t0008264 | Sherod Harvey | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,410.00 |
| 4305-303 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4305-304 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4305-B01 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4305-B02 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4305-B03 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4305-B04 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4305-B05 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4309-101 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4309-102 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4309-103 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4309-104 | 2 | 0 | t0008265 | Rodecia Mason | 1,105.00 | 1,105.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,105.00 |
| 4309-201 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4309-202 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4309-203 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4309-204 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4313-101 | 2 | 0 | t0008266 | Avaye Armstrong | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,953.00 |

**4301-4313 Wheeler RD SE LLC**
**Residential Rent Roll**
**As of Date 09/30/2024**

| Unit | Unit type | Unit Sq Ft | Resident | Name | Market Rent | Amount | Resident Deposit | Other Deposit | Move In | Lease Exp | Move-Out | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current/Notice Residents** | | | | | | | | | | | | |
| 4313-102 | 2 | 0 | t0008267 | Kysha Rosario | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,953.00 |
| 4313-103 | 2 | 0 | t0008268 | Richelle Pearson | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,410.00 |
| 4313-104 | 2 | 0 | t0008269 | Regina February | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,410.00 |
| 4313-201 | 2 | 0 | t0008270 | Shakira Bell | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,953.00 |
| 4313-202 | 2 | 0 | t0008271 | Tiffany Hunt-Davis | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,953.00 |
| 4313-203 | 2 | 0 | t0008272 | Tevin Jackson | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,410.00 |
| 4313-204 | 2 | 0 | t0008273 | Kendria Sidbury | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,410.00 |
| 4313-301 | 2 | 0 | t0008274 | Ebonie Smith | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,953.00 |
| 4313-302 | 2 | 0 | t0008275 | Ronesha Jones | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,953.00 |
| 4313-303 | 2 | 0 | t0008276 | Paris Reese | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,410.00 |
| 4313-304 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4313-B01 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4313-B02 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4313-B03 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4313-B04 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |

| | Square Footage | Market Rent | Lease Charges | Security Deposit | Other Deposit | # of Units | Occupancy | Balance |
|---|---|---|---|---|---|---|---|---|
| Current/Notice Res. | | | 44,231.00 | 0.00 | 0.00 | | | 44,231.00 |
| Future Residents/Applicants | | | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Occupied Units | 0 | 44,231.00 | | | | 27 | 55.10% | |
| Vacant Units | 0 | 0.00 | | | | 22 | 44.90% | |
| Totals: | 0 | 44,231.00 | 44,231.00 | 0.00 | 0 | 49 | 100.00% | 44,231.00 |

## Aging Summary

4301-4313 Wheeler RD SE LLC (wheeler)
Trans through: 09/24
Age As of: 09/30/2024

Page 8

| Unit | Resident Code/Status | Name | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Less Prepayments | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **wheeler - 4301-4313 Wheeler RD SE LLC** | | | | | | | | | |
| 4301-101 | t0008250 Current | Shamona Anderson | 1,943.00 | 1,943.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,943.00 |
| 4301-102 | t0008251 Current | Ranita Jordan | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,410.00 |
| 4301-103 | t0008252 Current | Dasiah Gordon | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,410.00 |
| 4301-104 | t0008253 Current | Diana Gottschalk Miller | 1,943.00 | 1,943.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,943.00 |
| 4301-201 | t0008254 Current | Kierra Bell | 1,943.00 | 1,943.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,943.00 |
| 4301-202 | t0008255 Current | Jacia Garris | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,410.00 |
| 4301-203 | t0008256 Current | Brittany Hunt | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,410.00 |
| 4301-204 | t0008257 Current | Shanique Swan | 1,943.00 | 1,943.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,943.00 |
| 4305-102 | t0008258 Current | John Oldham | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,410.00 |
| 4305-103 | t0008259 Current | Charlene Lindsey | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,410.00 |
| 4305-201 | t0008260 Current | Vernon Jones | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,953.00 |
| 4305-202 | t0008261 Current | Daeshana Anderson | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,410.00 |
| 4305-203 | t0008262 Current | Jasmine Sockwell | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,410.00 |
| 4305-204 | t0008263 Current | Talanda Garrett | 1,943.00 | 1,943.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,943.00 |
| 4305-302 | t0008264 Current | Sherod Harvey | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,410.00 |
| 4309-104 | t0008265 Current | Rodecia Mason | 1,105.00 | 1,105.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,105.00 |
| 4313-101 | t0008266 Current | Avaye Armstrong | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,953.00 |
| 4313-102 | t0008267 Current | Kysha Rosario | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,953.00 |
| 4313-103 | t0008268 Current | Richelle Pearson | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,410.00 |
| 4313-104 | t0008269 Current | Regina February | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,410.00 |
| 4313-201 | t0008270 Current | Shakira Bell | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,953.00 |
| 4313-202 | t0008271 Current | Tiffany Hunt-Davis | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,953.00 |

| Unit | Resident Code/Status | Name | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Less Prepayments | Balance |
|---|---|---|---:|---:|---:|---:|---:|---:|---:|
| 4313-203 | t0008272 Current | Tevin Jackson | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,410.00 |
| 4313-204 | t0008273 Current | Kendria Sidbury | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,410.00 |
| 4313-301 | t0008274 Current | Ebonie Smith | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,953.00 |
| 4313-302 | t0008275 Current | Ronesha Jones | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,953.00 |
| 4313-303 | t0008276 Current | Paris Reese | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,410.00 |
| **Total wheeler - 4301-4313 Wheeler RD SE LLC** | | | **44,231.00** | **44,231.00** | **0.00** | **0.00** | **0.00** | **0.00** | **44,231.00** |
| **Grand Total** | | | **44,231.00** | **44,231.00** | **0.00** | **0.00** | **0.00** | **0.00** | **44,231.00** |

**4301-4313 Wheeler RD SE LLC**
**Payable - Aging Summary**
**Age as of =09/30/2024**

| Property Code - Name<br>Vendor Code - Name | Current<br>Owed | 0 - 30<br>Owed | 31 - 60<br>Owed | 61 - 90<br>Owed | Over 90<br>Owed |
|---|---|---|---|---|---|
| **4301-4313 Wheeler RD SE LLC - wheeler** | | | | | |
| noble - Noble Realty Advisors LLC | 4,900.00 | 4,900.00 | 0.00 | 0.00 | 0.00 |
| **Total 4301-4313 Wheeler RD SE LLC** | **4,900.00** | **4,900.00** | **0.00** | **0.00** | **0.00** |
| **Grand Total** | **4,900.00** | **4,900.00** | **0.00** | **0.00** | **0.00** |

## 4301-4313 Wheeler RD SE LLC
## Payment Summary
### Payment Date = 09/01/2024 - 09/30/2024

| Bank | Check# | Vendor | Check Date | Post Month | Total Amount | Date Reconciled |
|---|---|---|---|---|---|---|
| **Grand Total** | | | | | **0.00** | |

# Wheeler Rd Cash Receipts

## Bank Reconciliation Report
### 9/30/2024

████6420

| | | |
|---|---|---:|
| **Balance Per Bank Statement as of 9/30/2024** | | 37,979.62 |
| | **Reconciled Bank Balance** | **37,979.62** |
| | | |
| **Balance per GL as of 9/30/2024** | | 37,979.62 |
| | **Reconciled Balance Per G/L** | **37,979.62** |
| | | |
| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

 

**America's Most Convenient Bank®**    E    STATEMENT OF ACCOUNT

4303 4313 WHEELER RD SE LLC  
MARC ALBERT CHPATER 11 TRUSTEE  
1775 PENNSYLVANIA AVENUE N.W. SUITE 800  
WASHINGTON DC  20006

Page: 1 of 2  
Statement Period: Sep 01 2024-Sep 30 2024  
Cust Ref #: ▇▇▇▇▇6420-717-E-***  
Primary Account #: ▇▇▇▇▇6420

## TD Business Convenience Plus

4303 4313 WHEELER RD SE LLC  
MARC ALBERT CHPATER 11 TRUSTEE

Account # ▇▇▇▇▇6420

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 27,065.62 | Average Collected Balance | 34,897.92 |
| Electronic Deposits | 10,914.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 37,979.62 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $245.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/05 | CCD DEPOSIT, WELLS FARGO BANK DHS 853904873 | 1,105.00 |
| 09/05 | CCD DEPOSIT, APPFOLIO VV9T 8666481536 | 50.00 |
| 09/10 | CCD DEPOSIT, GREATER WASHINGT RENTAL PAY V0010109 | 9,759.00 |
| | Subtotal: | 10,914.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 27,065.62 | 09/10 | 37,979.62 |
| 09/05 | 28,220.62 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

## How to Balance your Account

Page: 2 of 2

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance    37,979.62

❷ Total Deposits    +

❸ Sub Total

❹ Total Withdrawals    −

❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY    IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY    BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.