US Trustee Form 11 - Monthly Operating Report
4301-4313 Wheeler Rd SE LLC
Case No. 24-00183
Lead Case No. 24-00180

Period ending 10/31/2024

Explanations:

Part 1. The Trustee obtained liability insurance for the property and made the monthly insurance premium of $744.19 for October 2024.  The Trustee also paid United States Trustee fees totaling $500 in October 2024.  Those payments were made from retainer funds for the jointly-administered cases. Those disbursements are reflected in Part 1.c. and Part 1.f.  The Trustee is holding the retainer funds in a trustee account at Axos bank.  A Form 2 report showing the receipt of the retainer and the payments of the monthly insurance premium and the United States Trustee fees is attached to the report filed in the main case (Case No. 24-00180).

Part 2.b. Due to lack of prior financial records, the aged receivables are being tracked/calculated as of 9/1/2024.

Part 4.e. Expenses include the United States Trustee fees and the monthly insurance premium disclosed in Part 1 totaling $1,244.19.  We did not include those expenses made from the Trustee-held Axos Bank account in previous monthly operating reports.

Additionally, the Trustee has reached out to Citizens Bank in regards to the DIP Account established for the Debtor. According to Citizens Bank, the account is in good standing with a balance of $7.00. A statement of account has not yet been received and therefore is not reflected in the August -October 2024 Monthly Operating Reports.

Information on the above items will be reflected in a future reporting period as information is obtained.

# 4301-4313 Wheeler RD SE LLC
## MONTHLY OPERATIONAL SUMMARY REPORT

### OCTOBER 2024

### Prepared for:

Mark Albert
Chapter 11 Trustee
1416 Eastern Avenue NE LLC
Washington, DC

### Prepared by:
Noble Realty Advisors
11000 Broken Land Parkway
Suite 410
Columbia, Maryland 21044

OFFICE - (240) 426-6548 FAX - (240) 427-4699







**Mark Albert Chapter 11 Trustee**
**4301-4313-Wheeler RD SE LLC**
**October 2024 Monthly Operational Summary**

Below is a summary of the property management activity during the month of October 2024.

**Income:**  During the month $12,019.00 was collected by management and deposited into the operating bank account.

**Delinquent – Rent Income Fee: - $76,493.00.**
See attached aged Delinquency Report for the month of October 2024.

**Vacancies – 22 Units**

**Expenses:**
Expenses that were incurred or booked during the month totaled $00.00 (See attached general ledger for detail by expense category and line item).

**Account Payable:**

As of October 31, 2024, the outstanding payables totaled $14,700.00. The age of the outstanding payables is as follows (see attached summary for vendor listing).

**Disbursement:**

Total disbursement from the operating account totaled $00.00 (see attached check summary).

**Banking:**

1. Operating Account (TD Bank) – As of October 31, 2024, the account statement balance was $48,893.62. The available and reconciled cash balance as of October 31, 2024, was $49,998.62.

**4301-4313 Wheeler RD SE LLC**
**Deposit Register**
**Deposit Date = 10/01/2024 - 10/31/2024**

| Name | Property | Unit | Tenant | Period | Deposit Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **(4303wh) - 1  10/01/2024** | | | | | | | |
| Mason,Rodecia | wheeler | 4309-104 | t0008265 | 10-2024 | 10/1/2024 | 1,105.00 | 60036506 |
| **Total (4303wh) - 1  10/01/2024** | | | | | | **1,105.00** | |
| | | | | | | | |
| **(4303wh) - 2  10/01/2024** | | | | | | | |
| Mason,Rodecia | wheeler | 4309-104 | t0008265 | 10-2024 | 10/1/2024 | 1,105.00 | 60036247 |
| **Total (4303wh) - 2  10/01/2024** | | | | | | **1,105.00** | |
| | | | | | | | |
| **(4303wh) - 6  10/04/2024** | | | | | | | |
| Gordon,Dasiah | wheeler | 4301-103 | t0008252 | 10-2024 | 10/4/2024 | 1,360.00 | ACH 100424 |
| Bell,Kierra | wheeler | 4301-201 | t0008254 | 10-2024 | 10/4/2024 | 1,893.00 | ACH 100424 |
| Hunt,Brittany | wheeler | 4301-203 | t0008256 | 10-2024 | 10/4/2024 | 1,360.00 | ACH 100424 |
| Swan,Shanique | wheeler | 4301-204 | t0008257 | 10-2024 | 10/4/2024 | 1,893.00 | ACH 100424 |
| Oldham,John | wheeler | 4305-102 | t0008258 | 10-2024 | 10/4/2024 | 1,360.00 | ACH 100424 |
| Rosario,Kysha | wheeler | 4313-102 | t0008267 | 10-2024 | 10/4/2024 | 1,893.00 | ACH 100424 |
| **Total (4303wh) - 6  10/04/2024** | | | | | | **9,759.00** | |
| | | | | | | | |
| **(4303wh) - 7  10/08/2024** | | | | | | | |
| APPFOLIO VV9T 8666481536 | wheeler | | | 10-2024 | 10/8/2024 | 50.00 | ACH 100824 |
| **Total (4303wh) - 7  10/08/2024** | | | | | | **50.00** | |

| **Grand Total** | | | | | | **12,019.00** | |

**4301-4313 Wheeler RD SE LLC**
**Income and Expense Statement**
**Books = Cash**
**For the period ending October 31, 2024**

| | Account Description | MTD Actual | YTD Actual |
|---|---|---:|---:|
| | **Rental Income** | | |
| 5121 | Housing Assist Payments | 11,969.00 | 13,074.00 |
| | **Total Rental Income** | 11,969.00 | 13,074.00 |
| | **Miscellaneous Income** | | |
| 5990 | Miscellaneous Income | 50.00 | 9,859.00 |
| | **Total Miscellaneous Income** | 50.00 | 9,859.00 |
| | **TOTAL INCOME** | $ 12,019.00 | $ 22,933.00 |
| | **EXPENSES** | | |
| | **Administrative Expenses** | | |
| | **Total Administrative Expenses** | - | - |
| | **Utilities** | | |
| | **Total Utilities** | - | - |
| | **Operating & Maintenance Expense** | | |
| | **Total Operating & Maintenance Expense** | - | - |
| | **Insurance & Taxes** | | |
| | **Total Insurance & Taxes** | - | - |
| | **TOTAL OPERATING EXPENSE** | $ - | $ - |
| | **NET OPERATING INCOME/(LOSS)** | $ 12,019.00 | $ 22,933.00 |
| | **Financial Expenses** | | |
| | **Total Financial Expenses** | - | - |
| | **NET INCOME (LOSS)** | $ 12,019.00 | $ 22,933.00 |
| | **Replacement Reserve Item Expense** | | |
| | **Total Replacement Reserve Item Expense** | - | - |
| | **Other Cash Flow Items** | | |
| | **Total Other Cash Flow Items** | - | - |
| | **TOTAL CASH FLOW** | $ 12,019.00 | $ 22,933.00 |

**4301-4313 Wheeler RD SE LLC**
**General Ledger (Cash)**
**Month = Oct 2024**

| Property | Date | Period | Description | Control | Reference | Debit | Credit | Balance | Remarks |
|----------|------|--------|-------------|---------|-----------|-------|--------|---------|---------|
|  |  |  | Net Change=0.00 |  |  | 0.00 | 0.00 | 0.00 = Ending Balance = |  |
|  |  |  | Grand Total |  |  | 0.00 | 0.00 |  |  |

**4301-4313 Wheeler RD SE LLC**
**Trial Balance (Cash)**
Month = Oct 2024

| Account Number | Account Title | Forward Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|
| 1010 | Operating Cash | 37,979.62 | 12,019.00 | 0.00 | 49,998.62 |
| 2090 | Other Current Liabilities | (27,065.62) | 0.00 | 0.00 | (27,065.62) |
| 3800 | Retained Earnings | 0.00 | 0.00 | 0.00 | 0.00 |
| 5121 | Housing Assist Payments | (1,105.00) | 0.00 | 11,969.00 | (13,074.00) |
| 5990 | Miscellaneous Income | (9,809.00) | 0.00 | 50.00 | (9,859.00) |
| | **Grand Total** | **0.00** | **12,019.00** | **12,019.00** | **0.00** |

**4301-4313 Wheeler RD SE LLC**
**Balance Sheet**
**Books = Cash**
**For the Period Oct 2024**

| Account | Oct 2024 |
|---|---|
| **ASSETS** | |
| **CURRENT CASH** | |
| Operating Cash | 49,998.62 |
| **TOTAL CASH** | $ 49,998.62 |
| **CURRENT ASSETS** | |
| **TOTAL CURRENT ASSETS** | $ - |
| **FIXED ASSETS** | |
| **Total Fixed Assets** | $ - |
| **TOTAL ASSETS** | $ 49,998.62 |
| **LIABILITIES & EQUITY** | |
| **CURRENT LIABILITIES** | |
| Other Current Liabilities | 27,065.62 |
| **TOTAL CURRENT LIABILITIES** | $ 27,065.62 |
| **LONG TERM LIABILITIES** | |
| TOTAL LIABILITIES | $ - |
| **OWNER'S EQUITY** | |
| Retained Earnings | 22,933.00 |
| **TOTAL OWNER'S EQUITY** | $ 22,933.00 |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | $ 49,998.62 |

4301-4313 Wheeler RD SE LLC
**Residential Rent Roll**
**As of Date 10/31/2024**

| Unit | Unit type | Unit Sq Ft | Resident | Name | Market Rent | Amount | Resident Deposit | Other Deposit | Move In | Lease Exp | Move-Out | Balance |
|------|-----------|-----------|----------|------|-------------|--------|------------------|---------------|---------|-----------|----------|---------|
| **Current/Notice Residents** | | | | | | | | | | | | |
| 4301-101 | 2 | 0 | t0008250 | Shamona Anderson | 1,943.00 | 1,943.00 | 0.00 | 0.00 | 9/1/2024 | | | 3,886.00 |
| 4301-102 | 2 | 0 | t0008251 | Ranita Jordan | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 2,820.00 |
| 4301-103 | 2 | 0 | t0008252 | Dasiah Gordon | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,460.00 |
| 4301-104 | 2 | 0 | t0008253 | Diana Gottschalk Miller | 1,943.00 | 1,943.00 | 0.00 | 0.00 | 9/1/2024 | | | 3,886.00 |
| 4301-201 | 2 | 0 | t0008254 | Kierra Bell | 1,943.00 | 1,943.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,993.00 |
| 4301-202 | 2 | 0 | t0008255 | Jacia Garris | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 2,820.00 |
| 4301-203 | 2 | 0 | t0008256 | Brittany Hunt | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,460.00 |
| 4301-204 | 2 | 0 | t0008257 | Shanique Swan | 1,943.00 | 1,943.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,993.00 |
| 4305-101 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4305-102 | 2 | 0 | t0008258 | John Oldham | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,460.00 |
| 4305-103 | 2 | 0 | t0008259 | Charlene Lindsey | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 2,820.00 |
| 4305-104 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4305-201 | 2 | 0 | t0008260 | Vernon Jones | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 3,906.00 |
| 4305-202 | 2 | 0 | t0008261 | Daeshana Anderson | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 2,820.00 |
| 4305-203 | 2 | 0 | t0008262 | Jasmine Sockwell | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 2,820.00 |
| 4305-204 | 2 | 0 | t0008263 | Talanda Garrett | 1,943.00 | 1,943.00 | 0.00 | 0.00 | 9/1/2024 | | | 3,886.00 |
| 4305-301 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4305-302 | 2 | 0 | t0008264 | Sherod Harvey | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 2,820.00 |
| 4305-303 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4305-304 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4305-B01 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4305-B02 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4305-B03 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4305-B04 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4305-B05 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4309-101 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4309-102 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4309-103 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4309-104 | 2 | 0 | t0008265 | Rodecia Mason | 1,105.00 | 1,105.00 | 0.00 | 0.00 | 9/1/2024 | | | 0.00 |
| 4309-201 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4309-202 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4309-203 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4309-204 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4313-101 | 2 | 0 | t0008266 | Avaye Armstrong | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 3,906.00 |

**4301-4313 Wheeler RD SE LLC**
**Residential Rent Roll**
**As of Date 10/31/2024**

| Unit | Unit type | Unit Sq Ft | Resident | Name | Market Rent | Amount | Resident Deposit | Other Deposit | Move In | Lease Exp | Move-Out | Balance |
|------|-----------|-----------|----------|------|-------------|--------|------------------|---------------|---------|-----------|----------|---------|
| **Current/Notice Residents** | | | | | | | | | | | | |
| 4313-102 | 2 | 0 | t0008267 | Kysha Rosario | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 2,013.00 |
| 4313-103 | 2 | 0 | t0008268 | Richelle Pearson | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 2,820.00 |
| 4313-104 | 2 | 0 | t0008269 | Regina February | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 2,820.00 |
| 4313-201 | 2 | 0 | t0008270 | Shakira Bell | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 3,906.00 |
| 4313-202 | 2 | 0 | t0008271 | Tiffany Hunt-Davis | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 3,906.00 |
| 4313-203 | 2 | 0 | t0008272 | Tevin Jackson | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 2,820.00 |
| 4313-204 | 2 | 0 | t0008273 | Kendria Sidbury | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 2,820.00 |
| 4313-301 | 2 | 0 | t0008274 | Ebonie Smith | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 3,906.00 |
| 4313-302 | 2 | 0 | t0008275 | Ronesha Jones | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 3,906.00 |
| 4313-303 | 2 | 0 | t0008276 | Paris Reese | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 2,820.00 |
| 4313-304 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4313-B01 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4313-B02 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4313-B03 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4313-B04 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |

| | Square Footage | Market Rent | Lease Charges | Security Deposit | Other Deposit | # of Units | Occupancy | Balance |
|--|----------------|-------------|---------------|------------------|---------------|-----------|-----------|---------|
| Current/Notice Res. | | | 44,231.00 | 0.00 | 0.00 | | | 76,493.00 |
| Future Residents/Applicants | | | 0.00 | 0.00 | 0.00 | | | 0.00 |
| | | | | | | | | |
| Occupied Units | 0 | 44,231.00 | | | | 27 | 55.10% | |
| Vacant Units | 0 | 0.00 | | | | 22 | 44.90% | |
| Totals: | 0 | 44,231.00 | 44,231.00 | 0.00 | 0 | 49 | 100.00% | 76,493.00 |

# Aging Summary

4301-4313 Wheeler RD SE LLC (wheeler)
Trans through: 10/24
Age As of: 10/31/2024

| Unit | Resident Code/Status | Name | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Less Prepayments | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **wheeler - 4301-4313 Wheeler RD SE LLC** | | | | | | | | | |
| 4301-101 | t0008250 Current | Shamona Anderson | 3,886.00 | 1,943.00 | 1,943.00 | 0.00 | 0.00 | 0.00 | 3,886.00 |
| 4301-102 | t0008251 Current | Ranita Jordan | 2,820.00 | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 0.00 | 2,820.00 |
| 4301-103 | t0008252 Current | Dasiah Gordon | 1,460.00 | 50.00 | 1,410.00 | 0.00 | 0.00 | 0.00 | 1,460.00 |
| 4301-104 | t0008253 Current | Diana Gottschalk Miller | 3,886.00 | 1,943.00 | 1,943.00 | 0.00 | 0.00 | 0.00 | 3,886.00 |
| 4301-201 | t0008254 Current | Kierra Bell | 1,993.00 | 50.00 | 1,943.00 | 0.00 | 0.00 | 0.00 | 1,993.00 |
| 4301-202 | t0008255 Current | Jacia Garris | 2,820.00 | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 0.00 | 2,820.00 |
| 4301-203 | t0008256 Current | Brittany Hunt | 1,460.00 | 50.00 | 1,410.00 | 0.00 | 0.00 | 0.00 | 1,460.00 |
| 4301-204 | t0008257 Current | Shanique Swan | 1,993.00 | 50.00 | 1,943.00 | 0.00 | 0.00 | 0.00 | 1,993.00 |
| 4305-102 | t0008258 Current | John Oldham | 1,460.00 | 50.00 | 1,410.00 | 0.00 | 0.00 | 0.00 | 1,460.00 |
| 4305-103 | t0008259 Current | Charlene Lindsey | 2,820.00 | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 0.00 | 2,820.00 |
| 4305-201 | t0008260 Current | Vernon Jones | 3,906.00 | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 0.00 | 3,906.00 |
| 4305-202 | t0008261 Current | Daeshana Anderson | 2,820.00 | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 0.00 | 2,820.00 |
| 4305-203 | t0008262 Current | Jasmine Sockwell | 2,820.00 | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 0.00 | 2,820.00 |
| 4305-204 | t0008263 Current | Talanda Garrett | 3,886.00 | 1,943.00 | 1,943.00 | 0.00 | 0.00 | 0.00 | 3,886.00 |
| 4305-302 | t0008264 Current | Sherod Harvey | 2,820.00 | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 0.00 | 2,820.00 |
| 4313-101 | t0008266 Current | Avaye Armstrong | 3,906.00 | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 0.00 | 3,906.00 |
| 4313-102 | t0008267 Current | Kysha Rosario | 2,013.00 | 60.00 | 1,953.00 | 0.00 | 0.00 | 0.00 | 2,013.00 |
| 4313-103 | t0008268 Current | Richelle Pearson | 2,820.00 | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 0.00 | 2,820.00 |
| 4313-104 | t0008269 Current | Regina February | 2,820.00 | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 0.00 | 2,820.00 |
| 4313-201 | t0008270 Current | Shakira Bell | 3,906.00 | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 0.00 | 3,906.00 |
| 4313-202 | t0008271 Current | Tiffany Hunt-Davis | 3,906.00 | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 0.00 | 3,906.00 |
| 4313-203 | t0008272 Current | Tevin Jackson | 2,820.00 | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 0.00 | 2,820.00 |

| Unit | Resident Code/Status | Name | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Less Prepayments | Balance |
|------|------|------|------|------|------|------|------|------|------|
| 4313-204 | t0008273 Current | Kendria Sidbury | 2,820.00 | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 0.00 | 2,820.00 |
| 4313-301 | t0008274 Current | Ebonie Smith | 3,906.00 | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 0.00 | 3,906.00 |
| 4313-302 | t0008275 Current | Ronesha Jones | 3,906.00 | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 0.00 | 3,906.00 |
| 4313-303 | t0008276 Current | Paris Reese | 2,820.00 | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 0.00 | 2,820.00 |
| **Total wheeler - 4301-4313 Wheeler RD SE LLC** | | | **76,493.00** | **33,367.00** | **43,126.00** | **0.00** | **0.00** | **0.00** | **76,493.00** |
| **Grand Total** | | | **76,493.00** | **33,367.00** | **43,126.00** | **0.00** | **0.00** | **0.00** | **76,493.00** |

### 4301-4313 Wheeler RD SE LLC
### Payable - Aging Summary
### Age as of =10/31/2024

| Property Code - Name<br>Vendor Code - Name | Current<br>Owed | 0 - 30<br>Owed | 31 - 60<br>Owed | 61 - 90<br>Owed | Over 90<br>Owed |
|---|---|---|---|---|---|
| **4301-4313 Wheeler RD SE LLC - wheeler** | | | | | |
| noble - Noble Realty Advisors LLC | 14,700.00 | 9,800.00 | 4,900.00 | 0.00 | 0.00 |
| **Total 4301-4313 Wheeler RD SE LLC** | **14,700.00** | **9,800.00** | **4,900.00** | **0.00** | **0.00** |
| **Grand Total** | **14,700.00** | **9,800.00** | **4,900.00** | **0.00** | **0.00** |

### 4301-4313 Wheeler RD SE LLC
### Payment Summary
### Payment Date = 10/01/2024 - 10/31/2024

| Bank | Check# | Vendor | Check Date | Post Month | Total Amount | Date Reconciled |
|------|--------|--------|-----------|------------|--------------|-----------------|
| **Grand Total** | | | | | **0.00** | |

**Wheeler Rd Cash Receipts**

**Bank Reconciliation Report**

**10/31/2024**

████6420

**Balance Per Bank Statement as of 10/31/2024**      48,893.62

**Outstanding Deposits**

| Deposit Date | Deposit Number | Amount |
|---|---|---|
| 10/1/2024 | 2 | 1,105.00 |
| **Plus:** | **Outstanding Deposits** | **1,105.00** |
|  | **Reconciled Bank Balance** | **49,998.62** |

**Balance per GL as of 10/31/2024**      49,998.62

     **Reconciled Balance Per G/L**      **49,998.62**

**Difference**      (Reconciled Bank Balance And Reconciled Balance Per G/L)      **0.00**

E    **STATEMENT OF ACCOUNT**

4303 4313 WHEELER RD SE LLC
MARC ALBERT CHPATER 11 TRUSTEE
1775 PENNSYLVANIA AVENUE N.W. SUITE 800
WASHINGTON DC  20006

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Oct 01 2024-Oct 31 2024 |
| Cust Ref #: | ▉6420-717-E-*** |
| Primary Account #: | ▉6420 |

## TD Business Convenience Plus

4303 4313 WHEELER RD SE LLC                                         Account # ▉6420
MARC ALBERT CHPATER 11 TRUSTEE

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 37,979.62 | Average Collected Balance | 47,724.03 |
| Electronic Deposits | 10,914.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 48,893.62 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $245.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/04 | CCD DEPOSIT, GREATER WASHINGT RENTAL PAY V0010109 | 9,759.00 |
| 10/07 | CCD DEPOSIT, WELLS FARGO BANK DHS 853904873 | 1,105.00 |
| 10/08 | CCD DEPOSIT, APPFOLIO VV9T 8666481536 | 50.00 |
| | Subtotal: | 10,914.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 37,979.62 | 10/07 | 48,843.62 |
| 10/04 | 47,738.62 | 10/08 | 48,893.62 |