US Trustee Form 11 - Monthly Operating Report

4301-4313 Wheeler Rd SE LLC

Case No. 24-00183

Lead Case No. 24-00180

Period ending 02/28/2025

Explanations:

Part 2.b. Due to lack of prior financial records, the aged receivables are being tracked/calculated as of 9/1/2024.

Part 4.e. Expenses include payments made from the Trustee-held bank account for property operations.

# 4301-4313 Wheeler RD SE LLC
## MONTHLY OPERATIONAL SUMMARY REPORT

### FEBRUARY 2025

### Prepared for:

Mark Albert
Chapter 11 Trustee
1416 Eastern Avenue NE LLC
Washington, DC

### Prepared by:
Noble Realty Advisors
11000 Broken Land Parkway
Suite 410
Columbia, Maryland 21044

OFFICE - (240) 426-6548 FAX - (240) 427-4699







**Mark Albert Chapter 11 Trustee**
**4301-4313-Wheeler RD SE LLC**
**February 2025 Monthly Operational Summary**

Below is a summary of the property management activity during the month of February 2025.

**Income:**  During the month $16,428.15 was collected by management and deposited into the operating bank account.

**Delinquent – Rent Income Fee: - $240,343.00.**
See attached aged Delinquency Report for the month of February 2025.

**Vacancies – 22 Units**

**Expenses:**
Expenses that were incurred or booked during the month totaled $24,715.07 (See attached general ledger for detail by expense category and line item).

**Account Payable:**

As of February 28, 2025, the outstanding payables totaled $35,076.82. The age of the outstanding payables is as follows (see attached summary for vendor listing).

**Disbursement:**

Total disbursement from the operating account totaled $24,715.07 (see attached check summary).

**Banking:**

1. Operating Account (TD Bank) – As of February 28, 2025, the account statement balance was $1,000.00. The available and reconciled cash balance as of February 28, 2025, was $1,000.00.

2. Disbursement Account (Axos Bank) – As of February 28, 2025, the bank statement balance was $447.46.  The available and reconciled cash balance as February 28, 2025, was $6,849.09.

3. Owner's Account (Axos Bank) – As of February 28, 2025, the ledger balance was $24,326.61. The available and reconciled cash balance as February 28, 2025, was $24,326.61.

### 4301-4313 Wheeler RD SE LLC
### Deposit Register
### Deposit Date = 02/01/2025 - 02/28/2025

| Name | Property | Unit | Tenant | Period | Deposit Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **(4303wh) - 15  02/03/2025** | | | | | | | |
| Mason,Rodecia | wheeler | 4309-104 | t0008265 | 02-2025 | 2/3/2025 | 1,105.00 | 60037651 |
| **Total (4303wh) - 15  02/03/2025** | | | | | | **1,105.00** | |
| **(4303wh) - 16  02/03/2025** | | | | | | | |
| GWUL FRSP | wheeler | | | 02-2025 | 2/3/2025 | 757.20 | 203251 |
| **Total (4303wh) - 16  02/03/2025** | | | | | | **757.20** | |
| **(4303wh) - 17  02/03/2025** | | | | | | | |
| GWUL FRSP | wheeler | | | 02-2025 | 2/3/2025 | 487.95 | 203252 |
| **Total (4303wh) - 17  02/03/2025** | | | | | | **487.95** | |
| **(4303wh) - 18  02/04/2025** | | | | | | | |
| GWUL FRSP | wheeler | | | 02-2025 | 2/4/2025 | 7,572.00 | 20425 |
| **Total (4303wh) - 18  02/04/2025** | | | | | | **7,572.00** | |
| **(4303wh) - 19  02/05/2025** | | | | | | | |
| GWUL FRSP | wheeler | | | 02-2025 | 2/5/2025 | 6,506.00 | 20525 |
| **Total (4303wh) - 19  02/05/2025** | | | | | | **6,506.00** | |
| **Grand Total** | | | | | | **16,428.15** | |

**4301-4313 Wheeler RD SE LLC**
**Income and Expense Statement**
**Books = Cash**
**For the period ending February 28, 2025**

| | Account Description | MTD Actual | YTD Actual |
|---|---|---|---|
| | **Rental Income** | | |
| 5121 | Housing Assist Payments | 1,105.00 | 2,210.00 |
| | **Total Rental Income** | 1,105.00 | 2,210.00 |
| | **Miscellaneous Income** | | |
| 5990 | Miscellaneous Income | 15,323.15 | 29,162.15 |
| | **Total Miscellaneous Income** | 15,323.15 | 29,162.15 |
| | **TOTAL INCOME** | $   16,428.15 | $   31,372.15 |
| | **EXPENSES** | | |
| | **Administrative Expenses** | | |
| 6310 | Office Salaries | 625.00 | 625.00 |
| 6311 | Office/Telephone Expense | 355.00 | 355.00 |
| 6320 | Management Fee | 9,800.00 | 9,800.00 |
| 6390 | Misc/Admin Expense | 250.00 | 250.00 |
| | **Total Administrative Expenses** | 11,030.00 | 11,030.00 |
| | **Utilities** | | |
| | **Total Utilities** | - | - |
| | **Operating & Maintenance Expense** | | |
| 6510 | Maintenance/Cleaning Payroll | 300.00 | 300.00 |
| 6520 | Maintenance Contracts | 2,819.50 | 2,819.50 |
| 6521 | Janitor & Cleaning Contract | 5,832.06 | 5,832.06 |
| 6523 | Landscape Maintenance | - | 1,750.00 |
| 6525 | Garbage and Trash Removal | 2,342.60 | 2,342.60 |
| 6540 | Heat/AC Supplies | 190.70 | 190.70 |
| 6551 | Plumbing Repairs | 2,100.00 | 2,100.00 |
| 6564 | Locks and Keys | 100.21 | 100.21 |
| | **Total Operating & Maintenance Expense** | 13,685.07 | 15,435.07 |
| | **Insurance & Taxes** | | |
| 6720 | Property & Liability Ins | - | 553.66 |
| 6790 | Misc Taxes, Lic, Permits | - | 103.00 |
| | **Total Insurance & Taxes** | - | 656.66 |
| | **TOTAL OPERATING EXPENSE** | $   24,715.07 | $   27,121.73 |
| | **NET OPERATING INCOME/(LOSS)** | $   (8,286.92) | $   4,250.42 |
| | **Financial Expenses** | | |

**4301-4313 Wheeler RD SE LLC**
**Income and Expense Statement**
**Books = Cash**
**For the period ending February 28, 2025**

| Account Description | MTD Actual | YTD Actual |
|---|---|---|
| **Total Financial Expenses** | - | - |
| **NET INCOME (LOSS)** | $ (8,286.92) | $ 4,250.42 |
| **Replacement Reserve Item Expense** | | |
| **Total Replacement Reserve Item Expense** | - | - |
| **Other Cash Flow Items** | | |
| **Total Other Cash Flow Items** | - | - |
| **TOTAL CASH FLOW** | $ (8,286.92) | $ 4,250.42 |

**4301-4313 Wheeler RD SE LLC**
**General Ledger (Cash)**
**Month = Feb 2025**

| Property | Date | Period | Description | Control | Reference | Debit | Credit | Balance | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| **6310** | | | **Office Salaries** | | | | | 0.00 | = Beginning Balance = |
| wheeler | 2/6/2025 | 02-2025 | Noble Realty Advisors LLC (noble) | K-155730 | 109 | 625.00 | 0.00 | 625.00 | August 20,26,27 |
| | | | Net Change=625.00 | | | | | 625.00 | = Ending Balance = |
| | | | | | | | | | |
| **6311** | | | **Office/Telephone Expense** | | | | | 0.00 | = Beginning Balance = |
| wheeler | 2/6/2025 | 02-2025 | Noble Realty Advisors LLC (noble) | K-155730 | 109 | 225.00 | 0.00 | 225.00 | September 9-11 |
| wheeler | 2/6/2025 | 02-2025 | Vision Realty Management, LLC (vision) | K-155731 | 110 | 130.00 | 0.00 | 355.00 | Distribute letters |
| | | | Net Change=355.00 | | | | | 355.00 | = Ending Balance = |
| | | | | | | | | | |
| **6320** | | | **Management Fee** | | | | | 0.00 | = Beginning Balance = |
| wheeler | 2/6/2025 | 02-2025 | Noble Realty Advisors LLC (noble) | K-155730 | 109 | 9,800.00 | 0.00 | 9,800.00 | Monthly Mgt Fee |
| | | | Net Change=9,800.00 | | | | | 9,800.00 | = Ending Balance = |
| | | | | | | | | | |
| **6390** | | | **Misc/Admin Expense** | | | | | 0.00 | = Beginning Balance = |
| wheeler | 2/6/2025 | 02-2025 | Office of US Trustee (ustrust) | K-156899 | 2005 | 250.00 | 0.00 | 250.00 | Q1 2025 UST Fees |
| | | | Net Change=250.00 | | | | | 250.00 | = Ending Balance = |
| | | | | | | | | | |
| **6510** | | | **Maintenance/Cleaning Payroll** | | | | | 0.00 | = Beginning Balance = |
| wheeler | 2/6/2025 | 02-2025 | Noble Realty Advisors LLC (noble) | K-155730 | 109 | 300.00 | 0.00 | 300.00 | 9/16/24-hours |
| | | | Net Change=300.00 | | | | | 300.00 | = Ending Balance = |
| | | | | | | | | | |
| **6520** | | | **Maintenance Contracts** | | | | | 0.00 | = Beginning Balance = |
| wheeler | 2/6/2025 | 02-2025 | Jack Martinez (jmartinez) | K-155729 | 108 | 2,000.00 | 0.00 | 2,000.00 | maintenance repairs and lock changes |
| wheeler | 2/6/2025 | 02-2025 | Noble Realty Advisors LLC (noble) | K-155730 | 109 | 75.00 | 0.00 | 2,075.00 | 9/12/24 |
| wheeler | 2/6/2025 | 02-2025 | Vision Realty Management, LLC (vision) | K-155731 | 110 | 412.50 | 0.00 | 2,487.50 | showed unit 4305 |
| wheeler | 2/6/2025 | 02-2025 | Vision Realty Management, LLC (vision) | K-155731 | 110 | 195.00 | 0.00 | 2,682.50 | walkthrough |
| wheeler | 2/6/2025 | 02-2025 | Vision Realty Management, LLC (vision) | K-155731 | 110 | 137.00 | 0.00 | 2,819.50 | open doors for vendors |
| | | | Net Change=2,819.50 | | | | | 2,819.50 | = Ending Balance = |
| | | | | | | | | | |
| **6521** | | | **Janitor & Cleaning Contract** | | | | | 0.00 | = Beginning Balance = |
| wheeler | 2/6/2025 | 02-2025 | White Glove Commercial Cleaning (whiteglove) | K-155733 | 112 | 2,916.03 | 0.00 | 2,916.03 | Monthly contract cleaning |
| wheeler | 2/6/2025 | 02-2025 | White Glove Commercial Cleaning (whiteglove) | K-155733 | 112 | 2,916.03 | 0.00 | 5,832.06 | Janitorial Contract |
| | | | Net Change=5,832.06 | | | | | 5,832.06 | = Ending Balance = |
| | | | | | | | | | |
| **6523** | | | **Landscape Maintenance** | | | | | 1,750.00 | = Beginning Balance = |
| | | | Net Change=0.00 | | | | | 1,750.00 | = Ending Balance = |
| | | | | | | | | | |
| **6525** | | | **Garbage and Trash Removal** | | | | | 0.00 | = Beginning Balance = |
| wheeler | 2/6/2025 | 02-2025 | WB Waste Solutions  (wbwaste) | K-155732 | 111 | 468.52 | 0.00 | 468.52 | trash removal  3x/weekly |
| wheeler | 2/6/2025 | 02-2025 | WB Waste Solutions  (wbwaste) | K-155732 | 111 | 468.52 | 0.00 | 937.04 | trash removal  3x/weekly |
| wheeler | 2/6/2025 | 02-2025 | WB Waste Solutions  (wbwaste) | K-155732 | 111 | 468.52 | 0.00 | 1,405.56 | trash removal  3x/weekly |
| wheeler | 2/6/2025 | 02-2025 | WB Waste Solutions  (wbwaste) | K-155732 | 111 | 468.52 | 0.00 | 1,874.08 | trash removal  3x/weekly |
| wheeler | 2/6/2025 | 02-2025 | WB Waste Solutions  (wbwaste) | K-155732 | 111 | 468.52 | 0.00 | 2,342.60 | trash removal  3x/weekly |
| | | | Net Change=2,342.60 | | | | | 2,342.60 | = Ending Balance = |
| | | | | | | | | | |
| **6540** | | | **Heat/AC Supplies** | | | | | 0.00 | = Beginning Balance = |
| wheeler | 2/20/2025 | 02-2025 | Noble Realty Advisors LLC (noble) | K-156041 | 113 | 190.70 | 0.00 | 190.70 | Space heaters (3) |

**4301-4313 Wheeler RD SE LLC**
**General Ledger (Cash)**
**Month = Feb 2025**

| Property | Date | Period | Description | Control | Reference | Debit | Credit | Balance | Remarks |
|----------|------|--------|-------------|---------|-----------|-------|--------|---------|---------|
| | | | Net Change=190.70 | | | | | 190.70 = Ending Balance = | |
| | | | | | | | | | |
| **6551** | | | **Plumbing Repairs** | | | | | 0.00 = Beginning Balance = | |
| wheeler | 2/6/2025 | 02-2025 | Jack Martinez (jmartinez) | K-155729 | 108 | 2,100.00 | 0.00 | 2,100.00 | plumbing in basement; water extraction; replace GD |
| | | | Net Change=2,100.00 | | | | | 2,100.00 = Ending Balance = | |
| | | | | | | | | | |
| **6564** | | | **Locks and Keys** | | | | | 0.00 = Beginning Balance = | |
| wheeler | 2/20/2025 | 02-2025 | Noble Realty Advisors LLC (noble) | K-156041 | 113 | 100.21 | 0.00 | 100.21 | Locks (2) |
| | | | Net Change=100.21 | | | | | 100.21 = Ending Balance = | |
| | | | | | | | | | |
| **6720** | | | **Property & Liability Ins** | | | | | 553.66 = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | 553.66 = Ending Balance = | |
| | | | | | | | | | |
| **6790** | | | **Misc Taxes, Lic, Permits** | | | | | 103.00 = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | 103.00 = Ending Balance = | |
| | **Grand Total** | | | | | 24,715.07 | 0.00 | | |

**4301-4313 Wheeler RD SE LLC**
**Trial Balance (Cash)**
**Month = Feb 2025**

| Account Number | Account Title | Forward Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|
| 1010 | Operating Cash | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| 1016 | Owner's Account | 14,841.00 | 9,485.61 | 0.00 | 24,326.61 |
| 1020 | Cash-Surplus | 1,586.01 | 0.00 | 0.00 | 1,586.01 |
| 1038 | Operating Account - 2 | 24,621.62 | 0.00 | 17,772.53 | 6,849.09 |
| 2090 | Other Current Liabilities | (27,065.62) | 0.00 | 0.00 | (27,065.62) |
| 3800 | Retained Earnings | (2,445.67) | 0.00 | 0.00 | (2,445.67) |
| 5121 | Housing Assist Payments | (1,105.00) | 0.00 | 1,105.00 | (2,210.00) |
| 5990 | Miscellaneous Income | (13,839.00) | 0.00 | 15,323.15 | (29,162.15) |
| 6310 | Office Salaries | 0.00 | 625.00 | 0.00 | 625.00 |
| 6311 | Office/Telephone Expense | 0.00 | 355.00 | 0.00 | 355.00 |
| 6320 | Management Fee | 0.00 | 9,800.00 | 0.00 | 9,800.00 |
| 6390 | Misc/Admin Expense | 0.00 | 250.00 | 0.00 | 250.00 |
| 6510 | Maintenance/Cleaning Payroll | 0.00 | 300.00 | 0.00 | 300.00 |
| 6520 | Maintenance Contracts | 0.00 | 2,819.50 | 0.00 | 2,819.50 |
| 6521 | Janitor & Cleaning Contract | 0.00 | 5,832.06 | 0.00 | 5,832.06 |
| 6523 | Landscape Maintenance | 1,750.00 | 0.00 | 0.00 | 1,750.00 |
| 6525 | Garbage and Trash Removal | 0.00 | 2,342.60 | 0.00 | 2,342.60 |
| 6540 | Heat/AC Supplies | 0.00 | 190.70 | 0.00 | 190.70 |
| 6551 | Plumbing Repairs | 0.00 | 2,100.00 | 0.00 | 2,100.00 |
| 6564 | Locks and Keys | 0.00 | 100.21 | 0.00 | 100.21 |
| 6720 | Property & Liability Ins | 553.66 | 0.00 | 0.00 | 553.66 |
| 6790 | Misc Taxes, Lic, Permits | 103.00 | 0.00 | 0.00 | 103.00 |
| | **Grand Total** | **0.00** | **34,200.68** | **34,200.68** | **0.00** |

**4301-4313 Wheeler RD SE LLC**
**Balance Sheet**
**Books = Cash**
**For the Period Feb 2025**

| Account | Feb 2025 |
|---|---|
| **ASSETS** | |
| **CURRENT CASH** | |
| Operating Cash | 1,000.00 |
| Owner's Account | 24,326.61 |
| Cash-Surplus | 1,586.01 |
| Operating Account - 2 | 6,849.09 |
| **TOTAL CASH** | $ 33,761.71 |
| **CURRENT ASSETS** | |
| **TOTAL CURRENT ASSETS** | $ - |
| **FIXED ASSETS** | |
| **Total Fixed Assets** | $ - |
| **TOTAL ASSETS** | **$ 33,761.71** |
| **LIABILITIES & EQUITY** | |
| **CURRENT LIABILITIES** | |
| Other Current Liabilities | 27,065.62 |
| **TOTAL CURRENT LIABILITIES** | $ 27,065.62 |
| **LONG TERM LIABILITIES** | |
| **TOTAL LIABILITIES** | $ - |
| **OWNER'S EQUITY** | |
| Retained Earnings | 6,696.09 |
| **TOTAL OWNER'S EQUITY** | $ 6,696.09 |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | **$ 33,761.71** |

**4301-4313 Wheeler RD SE LLC**

**Residential Rent Roll**

**As of Date 02/28/2025**

| Unit | Unit type | Unit Sq Ft | Resident | Name | Market Rent | Amount | Resident Deposit | Other Deposit | Move In | Lease Exp | Move-Out | Balance |
|------|-----------|-----------|----------|------|------------|--------|-----------------|--------------|---------|-----------|----------|---------|
| **Current/Notice Residents** | | | | | | | | | | | | |
| 4301-101 | 2 | 0 | t0008250 | Shamona Anderson | 1,943.00 | 1,943.00 | 0.00 | 0.00 | 9/1/2024 | | | 11,658.00 |
| 4301-102 | 2 | 0 | t0008251 | Ranita Jordan | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 8,460.00 |
| 4301-103 | 2 | 0 | t0008252 | Dasiah Gordon | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 5,740.00 |
| 4301-104 | 2 | 0 | t0008253 | Diana Gottschalk Miller | 1,943.00 | 1,943.00 | 0.00 | 0.00 | 9/1/2024 | | | 11,658.00 |
| 4301-201 | 2 | 0 | t0008254 | Kierra Bell | 1,943.00 | 1,943.00 | 0.00 | 0.00 | 9/1/2024 | | | 7,872.00 |
| 4301-202 | 2 | 0 | t0008255 | Jacia Garris | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 8,460.00 |
| 4301-203 | 2 | 0 | t0008256 | Brittany Hunt | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 5,740.00 |
| 4301-204 | 2 | 0 | t0008257 | Shanique Swan | 1,943.00 | 1,943.00 | 0.00 | 0.00 | 9/1/2024 | | | 7,872.00 |
| 4305-101 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4305-102 | 2 | 0 | t0008258 | John Oldham | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 5,740.00 |
| 4305-103 | 2 | 0 | t0008259 | Charlene Lindsey | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 8,460.00 |
| 4305-104 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4305-201 | 2 | 0 | t0008260 | Vernon Jones | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 11,718.00 |
| 4305-202 | 2 | 0 | t0008261 | Daeshana Anderson | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 8,460.00 |
| 4305-203 | 2 | 0 | t0008262 | Jasmine Sockwell | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 8,460.00 |
| 4305-204 | 2 | 0 | t0008263 | Talanda Garrett | 1,943.00 | 1,943.00 | 0.00 | 0.00 | 9/1/2024 | | | 11,658.00 |
| 4305-301 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4305-302 | 2 | 0 | t0008264 | Sherod Harvey | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 8,460.00 |
| 4305-303 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4305-304 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4305-B01 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4305-B02 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4305-B03 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4305-B04 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4305-B05 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4309-101 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4309-102 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4309-103 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4309-104 | 2 | 0 | t0008265 | Rodecia Mason | 1,105.00 | 1,105.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,105.00 |
| 4309-201 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4309-202 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4309-203 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4309-204 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4313-101 | 2 | 0 | t0008266 | Avaye Armstrong | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 11,718.00 |

**4301-4313 Wheeler RD SE LLC**
**Residential Rent Roll**
As of Date 02/28/2025

| Unit | Unit type | Unit Sq Ft | Resident | Name | Market Rent | Amount | Resident Deposit | Other Deposit | Move In | Lease Exp | Move-Out | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current/Notice Residents** | | | | | | | | | | | | |
| 4313-102 | 2 | 0 | t0008267 | Kysha Rosario | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 7,932.00 |
| 4313-103 | 2 | 0 | t0008268 | Richelle Pearson | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 8,460.00 |
| 4313-104 | 2 | 0 | t0008269 | Regina February | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 8,460.00 |
| 4313-201 | 2 | 0 | t0008270 | Shakira Bell | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 11,718.00 |
| 4313-202 | 2 | 0 | t0008271 | Tiffany Hunt-Davis | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 11,718.00 |
| 4313-203 | 2 | 0 | t0008272 | Tevin Jackson | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 8,460.00 |
| 4313-204 | 2 | 0 | t0008273 | Kendria Sidbury | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 8,460.00 |
| 4313-301 | 2 | 0 | t0008274 | Ebonie Smith | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 11,718.00 |
| 4313-302 | 2 | 0 | t0008275 | Ronesha Jones | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 11,718.00 |
| 4313-303 | 2 | 0 | t0008276 | Paris Reese | 1,410.00 | 1,410.00 | 0.00 | 0.00 | 9/1/2024 | | | 8,460.00 |
| 4313-304 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4313-B01 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4313-B02 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4313-B03 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4313-B04 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |

| | Square Footage | Market Rent | Lease Charges | Security Deposit | Other Deposit | # of Units | Occupancy | Balance |
|---|---|---|---|---|---|---|---|---|
| Current/Notice Res. | | | 44,231.00 | 0.00 | 0.00 | | | 240,343.00 |
| Future Residents/Applicants | | | 0.00 | 0.00 | 0.00 | | | 0.00 |
| | | | | | | | | |
| Occupied Units | 0 | 44,231.00 | | | | 27 | 55.10% | |
| Vacant Units | 0 | 0.00 | | | | 22 | 44.90% | |
| Totals: | 0 | 44,231.00 | 44,231.00 | 0.00 | 0 | 49 | 100.00% | 240,343.00 |

**Aged Receivables Report**

Detail by Resident
Property:  4301-4313 Wheeler RD SE LLC (wheeler)
Trans through :2/2025

| Unit | Resident | Charge Code | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Prepayments | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **wheeler  - 4301-4313 Wheeler RD SE LLC** | | | | | | | | | |
| 4301-101 | t0008250 | Shamona Anderson | 11,658.00 | 1,943.00 | 1,943.00 | 1,943.00 | 5,829.00 | 0.00 | 11,658.00 |
| 4301-102 | t0008251 | Ranita Jordan | 8,460.00 | 1,410.00 | 1,410.00 | 1,410.00 | 4,230.00 | 0.00 | 8,460.00 |
| 4301-103 | t0008252 | Dasiah Gordon | 5,740.00 | 1,410.00 | 1,410.00 | 1,410.00 | 1,510.00 | 0.00 | 5,740.00 |
| 4301-104 | t0008253 | Diana Gottschalk Miller | 11,658.00 | 1,943.00 | 1,943.00 | 1,943.00 | 5,829.00 | 0.00 | 11,658.00 |
| 4301-201 | t0008254 | Kierra Bell | 7,872.00 | 1,943.00 | 1,943.00 | 1,943.00 | 2,043.00 | 0.00 | 7,872.00 |
| 4301-202 | t0008255 | Jacia Garris | 8,460.00 | 1,410.00 | 1,410.00 | 1,410.00 | 4,230.00 | 0.00 | 8,460.00 |
| 4301-203 | t0008256 | Brittany Hunt | 5,740.00 | 1,410.00 | 1,410.00 | 1,410.00 | 1,510.00 | 0.00 | 5,740.00 |
| 4301-204 | t0008257 | Shanique Swan | 7,872.00 | 1,943.00 | 1,943.00 | 1,943.00 | 2,043.00 | 0.00 | 7,872.00 |
| 4305-102 | t0008258 | John Oldham | 5,740.00 | 1,410.00 | 1,410.00 | 1,410.00 | 1,510.00 | 0.00 | 5,740.00 |
| 4305-103 | t0008259 | Charlene Lindsey | 8,460.00 | 1,410.00 | 1,410.00 | 1,410.00 | 4,230.00 | 0.00 | 8,460.00 |
| 4305-201 | t0008260 | Vernon Jones | 11,718.00 | 1,953.00 | 1,953.00 | 1,953.00 | 5,859.00 | 0.00 | 11,718.00 |
| 4305-202 | t0008261 | Daeshana Anderson | 8,460.00 | 1,410.00 | 1,410.00 | 1,410.00 | 4,230.00 | 0.00 | 8,460.00 |
| 4305-203 | t0008262 | Jasmine Sockwell | 8,460.00 | 1,410.00 | 1,410.00 | 1,410.00 | 4,230.00 | 0.00 | 8,460.00 |
| 4305-204 | t0008263 | Talanda Garrett | 11,658.00 | 1,943.00 | 1,943.00 | 1,943.00 | 5,829.00 | 0.00 | 11,658.00 |
| 4305-302 | t0008264 | Sherod Harvey | 8,460.00 | 1,410.00 | 1,410.00 | 1,410.00 | 4,230.00 | 0.00 | 8,460.00 |
| 4309-104 | t0008265 | Rodecia Mason | 1,105.00 | 0.00 | 0.00 | 1,105.00 | 0.00 | 0.00 | 1,105.00 |
| 4313-101 | t0008266 | Avaye Armstrong | 11,718.00 | 1,953.00 | 1,953.00 | 1,953.00 | 5,859.00 | 0.00 | 11,718.00 |
| 4313-102 | t0008267 | Kysha Rosario | 7,932.00 | 1,953.00 | 1,953.00 | 1,953.00 | 2,073.00 | 0.00 | 7,932.00 |
| 4313-103 | t0008268 | Richelle Pearson | 8,460.00 | 1,410.00 | 1,410.00 | 1,410.00 | 4,230.00 | 0.00 | 8,460.00 |
| 4313-104 | t0008269 | Regina February | 8,460.00 | 1,410.00 | 1,410.00 | 1,410.00 | 4,230.00 | 0.00 | 8,460.00 |
| 4313-201 | t0008270 | Shakira Bell | 11,718.00 | 1,953.00 | 1,953.00 | 1,953.00 | 5,859.00 | 0.00 | 11,718.00 |
| 4313-202 | t0008271 | Tiffany Hunt-Davis | 11,718.00 | 1,953.00 | 1,953.00 | 1,953.00 | 5,859.00 | 0.00 | 11,718.00 |
| 4313-203 | t0008272 | Tevin Jackson | 8,460.00 | 1,410.00 | 1,410.00 | 1,410.00 | 4,230.00 | 0.00 | 8,460.00 |
| 4313-204 | t0008273 | Kendria Sidbury | 8,460.00 | 1,410.00 | 1,410.00 | 1,410.00 | 4,230.00 | 0.00 | 8,460.00 |
| 4313-301 | t0008274 | Ebonie Smith | 11,718.00 | 1,953.00 | 1,953.00 | 1,953.00 | 5,859.00 | 0.00 | 11,718.00 |
| 4313-302 | t0008275 | Ronesha Jones | 11,718.00 | 1,953.00 | 1,953.00 | 1,953.00 | 5,859.00 | 0.00 | 11,718.00 |
| 4313-303 | t0008276 | Paris Reese | 8,460.00 | 1,410.00 | 1,410.00 | 1,410.00 | 4,230.00 | 0.00 | 8,460.00 |
| **Total wheeler** | | | **240,343.00** | **43,126.00** | **43,126.00** | **44,231.00** | **109,860.00** | **0.00** | **240,343.00** |
| **Total** | | | **240,343.00** | **43,126.00** | **43,126.00** | **44,231.00** | **109,860.00** | **0.00** | **240,343.00** |

**4301-4313 Wheeler RD SE LLC**
**Payable - Aging Summary**
**Age as of = 02/28/2025**

| Property Code - Name<br>Vendor Code - Name | Current<br>Owed | 0 - 30<br>Owed | 31 - 60<br>Owed | 61 - 90<br>Owed | Over 90<br>Owed |
|---|---|---|---|---|---|
| **4301-4313 Wheeler RD SE LLC - wheeler** | | | | | |
| dktrash - D&K Trash Removal | 4,200.00 | 0.00 | 4,200.00 | 0.00 | 0.00 |
| joma - JOMA Lawn Care & Tree Experts | 5,540.00 | 2,600.00 | 2,940.00 | 0.00 | 0.00 |
| noble - Noble Realty Advisors LLC | 25,336.82 | 15,536.82 | 9,800.00 | 0.00 | 0.00 |
| **Total 4301-4313 Wheeler RD SE LLC** | **35,076.82** | **18,136.82** | **16,940.00** | **0.00** | **0.00** |
| **Grand Total** | **35,076.82** | **18,136.82** | **16,940.00** | **0.00** | **0.00** |

**4301-4313 Wheeler RD SE LLC**
**Payment Summary**
**Payment Date = 02/01/2025 - 02/28/2025**

| Bank | Check# | Vendor | Check Date | Post Month | Total Amount | Date Reconciled |
|---|---|---|---|---|---|---|
| 4303wh1 - Marc E Albert - Axos Bank | 2005 | ustrust - Office of US Trustee | 2/6/2025 | 02-2025 | 250.00 | 2/28/2025 |
| 4303wh2 - Wheeler Rd Cash Disbursements | 108 | jmartinez - Jack Martinez | 2/6/2025 | 02-2025 | 4,100.00 | 2/28/2025 |
| 4303wh2 - Wheeler Rd Cash Disbursements | 109 | noble - Noble Realty Advisors LLC | 2/6/2025 | 02-2025 | 11,025.00 | 2/28/2025 |
| 4303wh2 - Wheeler Rd Cash Disbursements | 110 | vision - Vision Realty Management, LLC | 2/6/2025 | 02-2025 | 874.50 | 2/28/2025 |
| 4303wh2 - Wheeler Rd Cash Disbursements | 111 | wbwaste - WB Waste Solutions | 2/6/2025 | 02-2025 | 2,342.60 | 2/28/2025 |
| 4303wh2 - Wheeler Rd Cash Disbursements | 112 | whiteglove - White Glove Commercial Cleaning | 2/6/2025 | 02-2025 | 5,832.06 | 2/28/2025 |
| 4303wh2 - Wheeler Rd Cash Disbursements | 113 | noble - Noble Realty Advisors LLC | 2/20/2025 | 02-2025 | 290.91 | |

| **Grand Total** | | | | | **24,715.07** | |

**Wheeler Rd Cash Receipts**

**Bank Reconciliation Report**

**2/28/2025**

██████6420

| | |
|---|---|
| **Balance Per Bank Statement as of 2/28/2025** | 1,000.00 |
| **Reconciled Bank Balance** | 1,000.00 |
| | |
| **Balance per GL as of 2/28/2025** | 1,000.00 |
| **Reconciled Balance Per G/L** | 1,000.00 |
| | |
| **Difference**    (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

# TD Bank

**America's Most Convenient Bank®**

E    **STATEMENT OF ACCOUNT**



| | |
|---|---|
| 4303 4313 WHEELER RD SE LLC | |
| MARC ALBERT CHPATER 11 TRUSTEE | |
| 1775 PENNSYLVANIA AVENUE N.W. SUITE 800 | |
| WASHINGTON DC  20006 | |

Page:    1 of 3
Statement Period:    Feb 01 2025-Feb 28 2025
Cust Ref #:    4385406420-717-E-***
Primary Account #:    ███████6420

## TD Business Convenience Plus

4303 4313 WHEELER RD SE LLC
MARC ALBERT CHPATER 11 TRUSTEE

Account # ███████6420

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,000.00 | Average Collected Balance | 12,585.96 |
| Electronic Deposits | 16,428.15 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 16,428.15 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 1,000.00 | Days in Period | 28 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/03 | CCD DEPOSIT, WELLS FARGO BANK DHS 853904873 | 1,105.00 |
| 02/03 | CCD DEPOSIT, GREATER WASHINGT FRSP RENTA V0010109 | 757.20 |
| 02/03 | CCD DEPOSIT, GREATER WASHINGT FRSP RENTA V0010109 | 487.95 |
| 02/04 | CCD DEPOSIT, GREATER WASHINGT FRSP RENTA V0010109 | 7,572.00 |
| 02/05 | CCD DEPOSIT, GREATER WASHINGT FRSP RENTA V0010109 | 6,506.00 |
| | | Subtotal: 16,428.15 |

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 02/24 | 455 | 16,428.15 |
| | | Subtotal: 16,428.15 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 1,000.00 | 02/05 | 17,428.15 |
| 02/03 | 3,350.15 | 02/24 | 1,000.00 |
| 02/04 | 10,922.15 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

# How to Balance your Account

**Begin by adjusting your account register as follows:**

· Subtract any services charges shown on this statement.

· Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

· Add any interest earned if you have an interest-bearing account.

· Add any automatic deposit or overdraft line of credit.

· Review all withdrawals shown on this statement and check them off in your account register.

· Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❶ | Ending Balance | | 1,000.00 |
| ❷ | Total Deposits | + | |
| ❸ | Sub Total | | |
| ❹ | Total Withdrawals | - | |
| ❺ | Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

## FOR CONSUMER ACCOUNTS ONLY    IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

· Your name and account number.
· A description of the error or transaction you are unsure about.
· The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

### INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

## FOR CONSUMER LOAN ACCOUNTS ONLY    BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

· Your name and account number.
· The dollar amount of the suspected error.
· Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# TD Bank

**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

4303 4313 WHEELER RD SE LLC
MARC ALBERT CHPATER 11 TRUSTEE

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Feb 01 2025-Feb 28 2025 |
| Cust Ref #: | ████6420-717-E-*** |
| Primary Account #: | ████6420 |



| #455 | 02/24 | $16,428.15 |
|---|---|---|

| #455 | 02/24 | $16,428.15 |
|---|---|---|

## Wheeler Rd Cash Disbursements

### Bank Reconciliation Report
### 2/28/2025
██████2794

| | | | |
|---|---|---|---|
| **Balance Per Bank Statement as of 2/28/2025** | | | **447.46** |
| **Outstanding Checks** | | | |

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 2/20/2025 | 113 | noble - Noble Realty Advisors LLC | 290.91 |
| **Less:** | **Outstanding Checks** | | **290.91** |

**Other Items**

| Date | Notes | Amount |
|---|---|---|
| 2/19/2025 | Marc Albert Trustee | 6,692.54 |
| **Plus/Minus:** | **Other Items** | **6,692.54** |
| | **Reconciled Bank Balance** | **6,849.09** |

| | | |
|---|---|---|
| **Balance per GL as of 2/28/2025** | | **6,849.09** |
| | **Reconciled Balance Per G/L** | **6,849.09** |

| | | |
|---|---|---|
| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

# axos™

## BANK

Date  2/28/25          Page      1
Primary Account          ▮▮▮▮2794

4303-13 WHEELER RD SE LLC
4303-13 Wheeler Rd SE LLC, Debtor Case
No. 24-00183-ELG CHAPTER 11
11000 BROKEN LAND PARKWAY STE. 410
COLUMBIA MD 21044

Account Title:          4303-13 WHEELER RD SE LLC
                        4303-13 Wheeler Rd SE LLC, Debtor Case
                        No. 24-00183-ELG CHAPTER 11

| Commercial Checking | | Number of Enclosures | 5 |
|---|---|---|---|
| Account Number | ▮▮▮▮2794 | Statement Dates 2/03/25 thru 3/02/25 | |
| Previous Balance | 26,371.62 | Days in the statement period | 28 |
| 1 Deposits/Credits | 468.52 | Avg Daily Ledger | 5,508.00 |
| 7 Checks/Debits | 26,392.68 | Avg Daily Collected | 5,508.00 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 447.46 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 2/27 | Returned NSF Item Credit | 468.52 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 2/11 | 2027146241 WBWASTESOLUTIONS<br>WEB 242071755976261<br>US REALTY SERVICES T/A<br>574407663 | 2,342.60- |
| 2/27 | 2027146241 WBWASTESOLUTIONS<br>WEB 242071750449161 | 468.52- |



Date  2/28/25          Page     2
Primary Account        ██████2794

Commercial Checking          ██████2794    (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|      | US REALTY SERVICE<br>578868085 | |

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 2/03 | 107 | 1,750.00 | 2/07 | 110* | 874.50 |
| 2/10 | 108 | 4,100.00 | 2/11 | 112* | 5,832.06 |
| 2/07 | 109 | 11,025.00 | | | |

* Indicates Skip In Check Number Sequence

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/03 | 24,621.62 | 2/10 | 8,622.12 | 2/27 | 447.46 |
| 2/07 | 12,722.12 | 2/11 | 447.46 | | |

***  END OF STATEMENT  ***





**4303-13 Wheeler Rd SE LLC, Debtor**
Case No. 24-00183-ELG
Chapter 11
1100 Broken Land Parkway Suite 410
Columbia, Maryland 21044

Axos Bank
4350 La Jolla Village Drive
Suite 140
San Diego, CA 92122
122287251

**107**

**** ONE THOUSAND SEVEN HUNDRED FIFTY AND 00/100 DOLLARS

01/18/2025     $1,750.00***

TO THE ORDER OF

Raimundos Landscaping & Hauling Services LLC  Raymond Smith DBA:
P.O Box 453
Upper Marlboro , MD   20772

**VOID AFTER 90 DAYS**

⑈000107⑈ ⑆122287251⑉          2794⑈

Check  107  Date: 02/03   Amount: $1,750.00

---

**4303-13 Wheeler Rd SE LLC, Debtor**
Case No. 24-00183-ELG
Chapter 11
1100 Broken Land Parkway Suite 410
Columbia, Maryland 21044

Axos Bank
4350 La Jolla Village Drive
Suite 140
San Diego, CA 92122
122287251

**108**

**** FOUR THOUSAND ONE HUNDRED AND 00/100 DOLLARS

02/06/2025     $4,100.00***

TO THE ORDER OF

Jack Martinez
5616 Tremont Drive
Alexandria, VA   22303

**VOID AFTER 90 DAYS**

⑈000108⑈ ⑆122287251⑉          2794⑈

Check  108  Date: 02/10   Amount: $4,100.00

---

**4303-13 Wheeler Rd SE LLC, Debtor**
Case No. 24-00183-ELG
Chapter 11
1100 Broken Land Parkway Suite 410
Columbia, Maryland 21044

Axos Bank
4350 La Jolla Village Drive
Suite 140
San Diego, CA 92122
122287251

**109**

**** ELEVEN THOUSAND TWENTY FIVE AND 00/100 DOLLARS

02/06/2025     $11,025.00**

TO THE ORDER OF

Noble Realty Advisors LLC
11000 Broken Land Parkway
Suite 410
Baltimore, MD   21044

**VOID AFTER 90 DAYS**

⑈000109⑈ ⑆122287251⑉          2794⑈

Check  109  Date: 02/07   Amount: $11,025.00

---

**4303-13 Wheeler Rd SE LLC, Debtor**
Case No. 24-00183-ELG
Chapter 11
1100 Broken Land Parkway Suite 410
Columbia, Maryland 21044

Axos Bank
4350 La Jolla Village Drive
Suite 140
San Diego, CA 92122
122287251

**110**

**** EIGHT HUNDRED SEVENTY FOUR AND 00/100 DOLLARS

02/06/2025     $874.50*****

TO THE ORDER OF

Vision Realty Management
11000 Broken Land Parkway
Suite 410
Columbia, MD   21044

**VOID AFTER 90 DAYS**

⑈000110⑈ ⑆122287251⑉          2794⑈

Check  110  Date: 02/07   Amount: $874.50

---

**4303-13 Wheeler Rd SE LLC, Debtor**
Case No. 24-00183-ELG
Chapter 11
1100 Broken Land Parkway Suite 410
Columbia, Maryland 21044

Axos Bank
4350 La Jolla Village Drive
Suite 140
San Diego, CA 92122
122287251

**112**

**** FIVE THOUSAND EIGHT HUNDRED THIRTY TWO AND 06/100 DOLLARS

02/06/2025     $5,832.06**

TO THE ORDER OF

White Glove Commercial Cleaning
13804 Pine Needle Ct.
Upper Marlboro, MD   20774

**VOID AFTER 90 DAYS**

⑈000112⑈ ⑆122287251⑉          2794⑈

Check  112  Date: 02/11   Amount: $5,832.06

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.
- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC   EQUAL HOUSING LENDER

**Marc E Albert - Axos Bank**

**Bank Reconciliation Report**

**2/28/2025**

**XXXX 0562**

| | |
|---|---:|
| **Balance Per Bank Statement as of 2/28/2025** | 24,326.61 |
| **Reconciled Bank Balance** | 24,326.61 |
| | |
| **Balance per GL as of 2/28/2025** | 24,326.61 |
| **Reconciled Balance Per G/L** | 24,326.61 |
| | |
| **Difference**        (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 24-00183

Case Name: 4303-13 WHEELER RD SE LLC

Taxpayer ID No: XX-XXX4873

For Period Ending: 02/28/2025

Trustee Name: Marc E. Albert DC Ch 11

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0562

Checking

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $14,841.00 |
| 02/06/25 | 2005 | United States Trustee United States Trustee Payment Center P.O. Box 6200-19 Portland, OR 97228-6200 | Account No. 9002400183 Q4 US Trustee Fees re 4603-13 Wheeler RD SE LLC - 9002400183 | 0000-000 | | $250.00 | $14,591.00 |
| 02/18/25 | | 4303 -4313 Wheeler Rd. SE LLC c/o Marc Albert, Trustee 1775 Pennsylvania Ave NW, Ste. 800 Washington, DC 20006 | Trustee Account Sweep - Feb 2025 | | $16,428.15 | | $31,019.15 |
| 02/19/25 | 2006 | 4303-13 Wheeler Rd SE LLC c/o Noble Realty Advisors, LLC 11000 Broken Land Parkway, Ste 410 Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $6,692.54 | $24,326.61 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $16,428.15   $6,942.54

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0562 - Checking | $0.00 | $0.00 | $24,326.61 |
|  | $0.00 | $0.00 | $24,326.61 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |